# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

---

REZA AZIZZADEH,

Petitioner,

v.

Joseph Freden, Deputy Field Office Director,
Buffalo Federal Detention Facility;
David Kurtzdorfer, in his official capacity as Field Office
Director Buffalo Field Office of Immigration and
Customs Enforcement;
Todd Lyons, Director of ICE;
Pamela Bondi, Attorney General of the United States;
Kristi Noem, Secretary of Homeland Security;

Respondents.

**DETAINED**

A# 245-616-625

Case No. _____

---

## PETITION FOR WRIT OF HABEAS CORPUS
## (28 U.S.C. § 2241 — STATUTORY MISCLASSIFICATION: § 235 vs. § 236(a))

INTRODUCTION

1. Petitioner brings this action under 28 U.S.C. § 2241 because DHS is detaining him under the wrong statute and subjected him to re-detention after releasing him in 2023 under INA § 236 (8 U.S.C. § 1226).

2. DHS claims Petitioner is detained under INA § 235 (8 U.S.C. § 1225), (expedited removal processing), which is mandatory and provides no custody jurisdiction for the immigration court.

3. DHS cannot detain someone under INA § 235(b) (8 U.S.C. § 1125(b)), once DHS has issued an NTA under INA § 239 (8 U.S.C. § 1229), filed it with the immigration court, or taken actions that place the person into INA § 240 (8 U.S.C. § 1229a) removal proceedings.

4. Once DHS elects to process a noncitizen through INA § 240, 8 U.S.C. § 1229a proceedings, detention shifts by law to INA § 236(a) (8 U.S.C. § 1226(a)), not 8 U.S.C. § 1225, INA § 235.

5. Detaining a noncitizen under INA § 235(b) (8 U.S.C. § 1125(b)), while simultaneously placing them into INA § 240 (8 U.S.C. § 1229a) removal proceedings is ultra vires and violates the INA and the Due Process Clause.

6. DHS previously released Petitioner under INA § 236 (8 U.S.C. § 1226) on his own recognizance and provided Petitioner no explanation for his re-detention almost two years later.

7. Petitioner seeks a writ directing Respondents to:

   a. recognize Petitioner's detention as governed by INA § 236(a) (8 U.S.C. § 1226(a));

   b. Restore Petitioner's release on his own recognizance status which DHS determined was appropriate in 2023, as DHS has not argued Petitioner is a flight risk or danger to the community based on any events after his release from DHS custody in 2023; OR

   c. provide an immediate custody redetermination hearing under INA § 236(a) (8 U.S.C. § 1226(a)) where the burden is on DHS to establish Petitioner is now a danger to the community or a flight risk.

JURISDICTION & VENUE

8. Jurisdiction exists under 28 U.S.C. §§ 1331 & 2241(c)(3).  Petitioner is detained by DHS.

9. Venue is proper because Petitioner is detained in the Western District of New York in the Buffalo Federal Detention Facility, 4250 Federal Dr, Batavia, NY 14020.

PARTIES

10. Petitioner is a noncitizen detained at the Buffalo Federal Detention Facility in Batavia, New York.  His residence address before detention was 3442 Main St. Apt. C8, Buffalo, NY 14202.

11. Respondent Kurzdorfer is Acting Field Office Director, ICE Buffalo Field Office

12. Respondent Freden is the Deputy Field Office Director of the Buffalo Federal Detention Facility.

13. Respondent Lyons is the Acting Director U.S. Immigrations and Customs Enforcement

14. Respondent Noems is the U.S. Secretary of Homeland Security

15. Respondent Bondi is the Attorney General of the United States

FACTUAL BACKGROUND

16. Petitioner was initially encountered by DHS on December 16, 2023 and released pursuant to INA § 236(a) on December 17, 2023.

17. DHS issued a Notice to Appear (NTA) under INA § 239 (8 U.S.C. § 1229), charging removability, initiating removal proceedings under INA § 240 (8 U.S.C. § 1229a) on December 17, 2023.

18. DHS subsequently filed the NTA with the immigration court, placing Petitioner into INA § 240 (8 U.S.C. § 1229a) removal proceedings on January 11, 2024.

19. DHS released Petitioner on a release on his own recognizance under INA § 236 (8 U.S.C. § 1226) on December 17, 2023. (Exhibit C)

20. DHS re-detained Petitioner for no apparent reason on June 24, 2025. Now DHS asserts that Petitioner is detained under INA § 235(b) (8 U.S.C. § 1125(b)) — mandatory detention.

21. The Immigration Court determined it lacked jurisdiction over a bond redetermination request because Petitioner is detained under INA § 235 (8 U.S.C. § 1225) (Exhibit I).

LEGAL ARGUMENT

22. DHS is detaining Petitioner under the wrong statute and in violation of his right to due process and a fundamentally fair procedure.

23. INA § 235(b) (8 U.S.C. § 1125(b)) applies only to individuals being processed for expedited removal or credible fear proceedings to determine if they have a viable asylum claim. These individuals have recently entered without inspection or presented themselves at a port of entry without a visa allowing admission to the United States.

24. INA § 236(a) (8 U.S.C. § 1226(a)) applies to all noncitizens in INA § 240 (8 U.S.C. § 1229a) removal proceedings unless they fall into the narrow mandatory-detention category in INA § 236(c) (8 U.S.C. § 1226(c)), relating to individuals with certain criminal convictions or others who pose security threats.

3

25. Once DHS issues an NTA under INA § 239 (8 U.S.C. § 1229a) or otherwise initiates INA § 240 (8 U.S.C. § 1229a) proceedings, the statutory basis for detention changes from INA § 235 (8 U.S.C. § 1225) to INA § 236 (8 U.S.C. § 1226).

26. DHS cannot lawfully "hold" someone under INA § 235(b) (8 U.S.C. § 1125(b)) after choosing to prosecute them under INA § 240 (8 U.S.C. § 1229a) as INA § 235(b) (8 U.S.C. § 1125(b)) is no longer applicable because DHS has either waived or completed the expedited removal asylum screening process.

27. DHS cannot mix statutory regimes if DHS places a person into INA § 240 (8 U.S.C. § 1229a) proceedings, detention must be governed by INA § 236 (8 U.S.C. § 1226), not INA § 235(b) (8 U.S.C. § 1125(b)).

28. ICE cannot use INA § 235(b) (8 U.S.C. § 1125(b)) to deny immigration judge jurisdiction over custody determination or release on his own recognizance determination once DHS has initiated INA § 240 (8 U.S.C. § 1229a) proceedings.

29. Petitioner did not violate the terms of his INA § 236(a) (8 U.S.C. § 1226(a)) and there was no lawful basis to re-detain Petitioner.  Applying any change in the law argument to Petitioner to justify his detention would be unlawfully retroactive as he had a vested interest in pursuing his asylum claim on the EOIR non-detained docket and not being re-detained.

30. DHS's misclassification is ultra vires and violates the INA.

31. The INA contains no provision permitting DHS to choose INA § 235(b) (8 U.S.C. § 1125(b)) detention when DHS has already placed the noncitizen into INA § 240 (8 U.S.C. § 1229a) proceedings. DHS cannot create a hybrid "INA § 235(b) (8 U.S.C. § 1125(b))-while-in-I INA § 240 (8 U.S.C. § 1229a) removal proceedings" category not provided by statute and assert it is lawful.

32. Under INA § 236(a) (8 U.S.C. § 1226(a)), a noncitizen is entitled to a custody redetermination hearing before an immigration judge.

33. DHS's use of INA § 235(b) (8 U.S.C. § 1125(b)) to block a merits bond hearing — despite Petitioner being in INA § 240 (8 U.S.C. § 1229a) proceedings — deprives Petitioner of liberty without statutory or constitutional authority.

34. This is arbitrary and unlawful, violating: the Fifth Amendment's Due Process Clause, the INA's structure, and separation-of-powers principles with the agency acting without authority granted by Congress on the basis of a "Presidential Proclamation".

35. DHS placed Petitioner into INA § 240 (8 U.S.C. § 1229a) removal proceedings by issuing and filing an NTA.  DHS waived the INA § 235 (8 U.S.C. § 1225) credible fear screening and associated mandatory detention.

36. DHS is therefore required to treat Petitioner's detention as governed by INA § 236(a) (8 U.S.C. § 1226(a)).

37. DHS nevertheless claims INA § 235(b) (8 U.S.C. § 1125(b)) detention to deny bond eligibility and to argue the Immigration Judge has no jurisdiction based on the DHS assertion that Petitioner is detained pursuant to INA § 235(b) (8 U.S.C. § 1125(b)).  The Immigration Judge found he had no jurisdiction over Petitioner's bond re-determination request. (Exhibit I)


REQUEST FOR RELIEF


Petitioner respectfully requests that this Court:

A. Declare that Petitioner is detained under INA § 236(a) (8 U.S.C. § 1226(a));
B. Hold that DHS's reliance on INA § 235(b) (8 U.S.C. § 1125(b)) is ultra vires and unlawful;
C. Order Petitioner's prior INA § 236 bond to be restored and Petitioner released from custody;
D. Order Respondents to provide Petitioner with an immediate custody redetermination hearing under INA § 236(a) (8 U.S.C. § 1226(a));
E. Grant any further relief the Court deems just and proper.


VERIFICATION


I verify under penalty of perjury that the foregoing is true and correct.


Date:12/1/2025

/S/ Anne E. Doebler
Anne E. Doebler
Anne E. Doebler, P.C.
14 Lafayette Square. Suite 1800
Buffalo, NY 14203
(716) 898-8568
annedoeblerpc@gmail.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

_____

REZA AZIZZADEH,

                                                        DETAINED

Petitioner,

v.                                                      A# 245-616-625

Joseph Freden, Deputy Field Office Director,
Buffalo Federal Detention Facility;
David Kurtzdorfer, in his official capacity as Field Office
Director Buffalo Field Office of Immigration and
Customs Enforcement;
Todd Lyons, Director of ICE;
Pamela Bondi, Attorney General of the United States;    Case No. _____
Kristi Noem, Secretary of Homeland Security;

Respondents.

_____

## EXHIBIT LIST
## IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS
## AND MOTION FOR TEMPORARY RESTRAINING ORDER

Petitioner respectfully submits the following exhibits in support of the § 2241 Petition and
Motion for Temporary Restraining Order:

EXHIBIT_____PAGE

EXHIBIT A — Notice to Appear (NTA) Under INA § 240
• DHS Form I-862 served on Petitioner.                                    1

EXHIBIT B — ICE Record of Deportable/Inadmissible Alien (Form I-213, 2025)    5

EXHIBIT C —Form I-213 Dated December 17, 2023 showing Released on Recognizance   9

EXHIBIT D — Petitioner's Previous Bond Motion and Supporting Documents      13

EXHIBIT E — Petitioner Declaration
• Sworn declaration from Petitioner describing:
• Interior arrest

1

EXHIBIT_____PAGE

• § 240 processing
• No expedited removal
• Lack of bond hearing
• Harm caused by misclassification                                             54

EXHIBIT F — Attorney Affirmation
• Affirmation submitted by Petitioner's counsel documenting the procedural history and
  statutory misclassification.                                                 57

EXHIBIT G - Proof of I-589 Filing on March 1, 2024 - EOIR Docket             62

EXHIBIT H - Petitioner's Written Pleadings                                    64

EXHIBIT I - Immigration Judge Order denying bond for lack of jurisdiction.   71

_____

CERTIFICATION

I certify that the above exhibits are true and correct copies of documents relied upon in support of the accompanying Petition and Motion.

/S/ Anne E. Doebler

Dated: 12/1/2025

Respectfully submitted,
Anne E. Doebler
Anne E. Doebler, P.C.
14 Lafayette Square. Suite 1800
Buffalo, NY 14203
(716) 898-8568
annedoeblerpc@gmail.com

# EXHIBIT A

# DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID:390422277          FINS #:1343285809          File No: A245 616 625
                             DOB: 03/01/1993                    Event No:BRF2412000368

In the Matter of:
Respondent: _____ REZA  AZIZZADEH _____ currently residing at:

3442 MAIN ST APT C8 BUFFALO, NEW YORK, 14214-1300                  +1 (716) 449-7795

(Number, street, city, state and ZIP code)                (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of IRAQ and a citizen of IRAN ;
3. You arrived in the United States at or near OTAY MESA,  CA , on or about December
16, 2023 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an
alien present in the United States without being admitted or paroled, or who arrived in
the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:     ☐ 8CFR 208.30     ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

130 DELAWARE AVENUE, SUITE 300 BUFFALO NY 14202

*(Complete Address of Immigration Court, including Room Number, if any)*

on _October 01, 2024_ at _10:00 AM_ to show why you should not be removed from the United States based on the
   *(Date)*          *(Time)*

charge(s) set forth above.

(A) PATROL AGENT IN CHARGE

LUIS MANENT
Date: 2023.12.17 X:10:54 -08:00
0345968265.CBP
*(Signature and Title of Issuing Officer)*

Date: _December 17, 2023_ _____ San Diego, California
                                         *(City and State)*

EOTR - 1 of 3

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____

*(Signature of Respondent)*

_____

*(Signature and Title of Immigration Officer)*

Date: _____

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on  December 17, 2023 , in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person   ☐ by certified mail, returned receipt # _____ requested   ☐ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ ENGLISH _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____   DANIEL JAUREGUI, Border Patrol   DANIEL JAUREGUI
*(Signature of Respondent if Personally Served)*   Agent   Date: 2023.12.17 10:29:30 -08:00
   03167055668.CBP

*(Signature and Title of officer)*

**Privacy Act Statement**

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

EOIR – 3 of 3

# EXHIBIT B

**U.S. Department of Homeland Security**     Subject ID : 399240147     **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| AZIZZADEH, REZA | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| IRAN | | BUF2506000110 / 245 616 625 | 70 | 160 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| 3442 MAIN ST APT C8 BUFFALO, NEW YORK, 14214 | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single |
|---|---|---|---|
| Unknown Date Unknown Time, | | N3PC5KPAR | ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| OTHER, , IRAN | NCA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 03/01/1993     Age: 32 | 06/24/2025 | BUF/BUF | | 06/24/2025 09:27 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| Tehran, IRAN | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record | |
|---|---|---|
| NEGATIVE | | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| AZIZOLLAH NATIONALITY: IRAQ | DOKHT, IVAN NATIONALITY: IRAQ |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | Sales Occupations | Hr | 06/01/2025 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1343285809          Left Index fingerprint          Right Index fingerprint



```
Subject Health Status
----------------------
The subject claims good health.

Current Administrative Charges
------------------------------
06/24/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

Previous Criminal History ...(CONTINUED ON I-831)
```

KAYLA G 11223 GOLDEN
Deportation Officer

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: KAYLA G 11223 GOLDEN |
| | on: June 24, 2025                           (time) |
| | Disposition: Other |
| | Examining Officer: FIDELI, DEREK |

Form I-213 (Rev. 08/01/07)

EOIR — 7 of 9

Exh. B3 - Adm.                                       6

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| AZIZZADEH, REZA | 245 616 625<br>Event No: BUF2506000110 | 06/24/2025 |

```
--------------------------
Subject has no criminal history

RECORDS CHECKED
---------------
NCIC Pos
TECS Pos
CIS Pos
CLAIM Pos
EARM Pos
IAFIS Pos


NAME AND ADDRESS OF US EMPLOYER
-------------------------------
 Walmart, 3290 Sheridan Dr Buffalo, NEW YORK, 14226, UNITED STATES

ARRESTING AGENTS
----------------
B. KELLEY
DEREK FIDELI
DAVID BRITTON


Record of Deportable/Excludable Alien:
--------------------------------------
PREDICATION:
In response to the President's declaration of a national emergency related to illegal
immigration, US Immigration and Customs Enforcement; Enforcement and Removal Operations (ICE
ERO), arrested Azizzadeh, Reza 245 616 625 at 2820 Main St. Buffalo, NY 14214, during a
targeted enforcement action in Buffalo, New York on June 24, 2025.


ENCOUNTER:
On June 24, 2025. ICE ERO Buffalo in an attempt to locate Azizzadeh, Reza 245 616 625,
witnessed a subject they determined was Azizzadeh, Reza 245 616 625 leave his last known
address of 3442 Main St. Apt C8 Buffalo, NY 14214. At approximately 0750 officers initiated
a vehicle stop by turning on the government emergency lights and initiated their axon body
worn cameras.  Officers approached the driver's side door and passenger side of the vehicle,
identified themselves as immigration officers with the Department of Homeland Security
(DHS), Immigration and Customs Enforcement (ICE) and informed the driver that he was being
recorded on the government issued body warn camera.

Officers asked the occupant of the vehicle what his name was and if he had any
identification.  The driver stated his name was Azizzadeh, and presented his NY State driver
license bearing identification number 235118799. The subject was taken into custody without
incident and transported to the Buffalo Field Office for further processing.  Subject
indicated he worked at the Walmart on Sheridan Road in Amherst, NY


IMMIGRATION HISTORY:
On 12/17/2023A Border Patrol agent encountered subject in the San Diego Border Patrol
Sector's area of responsibility (AOR). It was determined that this subject had unlawfully
entered the United States from Mexico, at a time and place other than as designated by the
Secretary of the Department of Homeland Security of the United States. The subject was
```

| Signature | Title |
|---|---|
| KAYLA G 11223 GOLDEN | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name AZIZZADEH, REZA | File Number 245 616 625 Event No: BUF2506000110 | Date 06/24/2025 |

processed for NTA/OR due to lack of bed space.

**CRIMINAL HISTORY:**
None

**REMOVABILITY:**
Subject is removable pursuant to section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

**TRAVEL DOCUMENTS:**
None

**FAMILY/ DERIVATIVE CITIZENSHIP:**
Azizzadeh, Reza 245 616 625's mother and father are citizens and nationals of Iran.  In addition, Azizzadeh, Reza 245 616 625 has made no claim to United States citizenship, and there is no indication that Azizzadeh, Reza 245 616 625 derived or acquired United States citizenship.

**CONSULATE NOTIFICATION:**
Iran is not a mandatory notification country.  Azizzadeh, Reza 245 616 625 was notified of his right to communicate with a consular officer from their country as per Article 36(a)(b) of the Vienna Convention of Consular Relations.

**DISPOSITION:**
On June 24, 2025, was arrested by ICE ERO Buffalo, and custody was redetermined. Azizzadeh, Reza 245 616 625 was detained at the Buffalo Federal Detention Facility in Batavia, NY pending his Immigration proceedings. Subject was read his Miranda rights and refused to answer any questions.

**ARRESTING OFFICERS:**
Golden, Kayla
Kelley, Brian
Britton, David
Fideli, Derek
Quattrini, Eric
Rado, Matthew

Other Identifying Numbers
------------------------
ALIEN-245616625

| Signature KAYLA G 11223 GOLDEN | Title Deportation Officer |

_3_ of _3_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Exh. B3 - Adm.                                    8

# EXHIBIT C

| U.S. Department of Homeland Security | Subject ID:390422277 | Record of Deportable/Inadmissible Alien |

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| AZIZZADEH, REZA | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| IRAN | | CASE No:BRF2412000368 A245 616 625 | 70 | 160 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| 3442 MAIN ST APT C8 BUFFALO, NEW YORK, 14214-1300 | None Indicated |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number |
|---|---|---|
| 12/16/2023, 0700, 12 mile(s) E of OTM, PWA (Afoot) | | N3PC5KPAR — ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| TEHRAN, IRAN | PB |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 03/01/1993 Age:30 | | 12/17/2023 | SDC/BRF | JAMUL, CA | 12/17/2023 0943 |

| City, Province (State) and Country of Birth | | | By |
|---|---|---|---|
| TEHRAN, IRAQ | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | GEORGE S. MCCAUSLAND |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | I6A |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
FINS #:1343285809              I77 #:17100012              DNA Envelope #:F2898559
```



**Left Index Print**



**Right Index Print**

```
ARREST COORDINATES:
-------------------
Latitude:   32.631361
Longitude: -116.764344

CONSEQUENCE DELIVERY SYSTEM:
---------------------------
Classification: FIRA
```

DANIEL JAUREGUI
Date: 2023.12.17 20:30:11 -08:00
0316705668.CBP

DANIEL JAUREGUI
Border Patrol Agent

| | DANIEL JAUREGUI Date: 2023.12.17 20:30:10 -08:00 0316705668.CBP | (Signature and Title of Immigration Officer) |
|---|---|---|
| Alien has been advised of communication privileges | 12/17/2023 (Date/Initials) | |

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: DANIEL JAUREGUI |
| | on: December 17, 2023 at 1612 ( time ) |
| | Disposition: Notice to Appear Released (I-862) |
| | Examining Officer: |

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I213

| Alien's Name<br>AZIZZADEH, REZA | File Number<br>A245 616 625<br>Event No:BRF2412000368 | Date<br>12/17/2023 |
|---|---|---|

ADDRESS USED ON I-862:
----------------------
Address Type: VALID – RESIDENTIAL
Address: 3442 MAIN ST, APT C8, BUFFALO, NEW YORK, 14214-1300

FATHER NAME AND ADDRESS:
-----------------------
Nationality:IRAQ AZIZOLLAH

MOTHER NAME AND ADDRESS:
-----------------------
Nationality:IRAQ DOKHT, IVAN

CUSTODY REDETERMINATION:
-------------------------------
OREC

FUNDS IN POSSESSION:
------------------------
            .00

RECORDS CHECKED:
----------------
CIS Negative
ABIS Negative
EARM Negative
NCIC Negative
NGI Negative
TECS Negative

Other Family/Associates Not in Event:
----------
Father, , AZIZOLLAH, IRAQ
Mother, DOKHT, IVAN, IRAQ

NARRATIVE:
----------
IMMIGRATION HISTORY: No Prior immigration history.
CRIMINAL HISTORY: No prior criminal history.
ENCOUNTER:
A Border Patrol agent encountered subject in the San Diego Border Patrol Sector's area of

| Signature<br>         DANIEL JAUREGUI | DANIEL JAUREGUI<br>Date: 2023.12.17 20:30:13 -08:00<br>0316705668.CBP | Title<br>       Border Patrol Agent |
|---|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

11

EOIR – 4 of 9

Exh. B3 – Adm.

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I213

| Alien's Name<br>AZIZZADEH, REZA | File Number<br>A245 616 625<br>Event No:BRF2412000368 | Date<br>12/17/2023 |
|---|---|---|

responsibility (AOR). It was determined that this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States.
After determining that this subject illegally entered the United States, the subject was arrested and transported to a nearby Border Patrol facility for processing using the E3/IDENT and IAFIS Systems.

IMMIGRATION/CRIMINAL VIOLATION:
The subject claims to be a citizen of Iran and national of Iraq without the necessary legal documents to enter, pass through, or to remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry.
The subject stated that both parents are citizens of Iraq and no other country.

CONSULAR NOTIFICATION:
The subject was notified of their right to communicate with a Consular Officer from their country as per Article 36(1) (b) of the Vienna convention on Consular Relations. The subject indicated they understood this right but declined to speak with anyone at this time.

DISPOSITION:
The subject provided a valid/verified name, U.S. address and phone number listed below:
Name: Javav
Address: 3442 Main St Apt C8 Buffalo, NY 14214
Phone: 716-449-7795

The subject is being processed as NTA/OR due to lack of bed space.
The subject was served with DHS forms I-220A, I-862, I-286, and given a copy of agency form G-56, a list of free legal services, and the "Notice to Appear Tear Sheet."

The subject was informed, per agency for I-220A, that they must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review and / or surrender for removal from the United States if so ordered.

The subject was given a copy of form EOIR-33 and instructed that if their address and/or telephone number changes while awaiting or going through immigration proceedings, they are to file this form with the Department of Homeland Security within five (5) working days of that change.

The subject does not appear to be a threat to national security, border security, or public safety. The subject was released from the custody of the Department of Homeland Security (DHS) by "Order of Recognizance" (O.R.) pending their immigration hearing. This release was authorized through proper channels in accordance with San Diego Sector protocols.

The subject indicated that they understood English and the processing agent communicated with the subject in that language.

| Signature<br>DANIEL JAUREGUI | Title | |
|---|---|---|
| DANIEL JAUREGUI<br>Date: 2023.12.17 20:30:15 -08:00<br>0316705668.CBP | | Border Patrol Agent |

EOIR — 5 of 9

Form I-831 Continuation Page (Rev. 08/01/07)                    12

Exh. B9 – Adm.

# EXHIBIT D

Stephen K. Tills, Esq.                                DETAINED
Stephen K. Tills, Attorney at Law
6413 West Quaker Street
Orchard Park, New York 14127-2354
(716) 662-5080
stephen@tillsvisalaw.com


# UNITED STATES DEPARTMENT OF JUSTICE
# EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
# IMMIGRATION COURT
# BATAVIA, NEW YORK


| | |
|---|---|
| In the matter of: ) | |
| ) | File No: A245-616-625 |
| **AZIZZADEH, REZA** ) | |
| ) | |
| in bond proceedings ) | |

Immigration Judge: James M. McCarthy        Next Hearing: July 21, 2025, at 1:00 p.m.


## RESPONDENT'S REQUEST FOR BOND HEARING

United States Department of Justice
Executive Office for Immigration Review
Immigration Court
Batavia, New York

|  |  |
|---|---|
| In the matter of: | ) |
| | ) |
| AZIZZADEH, REZA | ) |
| | ) |
| in bond proceedings | ) |

File No: A245-616-625

## RESPONDENT'S REQUEST FOR BOND HEARING

Respondent, through Counsel, hereby moves this Honorable Court for a Bond Hearing, based on the following:

1.    Respondent, through counsel, concedes proper service of the **Notice to Appear** dated December 19, 2023.

2)    Respondent retained the undersigned as counsel in his immigration case.

3)    Respondent is currently detained at Buffalo Federal Detention Facility, 4250 Federal Drive, Batavia, New York 14020.

4)    Respondent received an initial determination of No bond by DHS.

5)    Respondent is from Iran and speaks Iranian Farsi / Persian / English.

6)    Respondent has brother, Javad Azizzadeh, residing lawfully in the United States

**WHEREFORE**, Respondent requests a Bond Hearing, as set forth in this Motion.

1

Date: ___July 18, 2025___
___Orchard Park, New York 14127___

Stephen K. Tills, Esq.
Counsel for respondent
6413 West Quaker Street
Orchard Park, New York 14127
(716) 662-5080

2

United States Department of Justice
Executive Office for Immigration Review
Immigration Court
Batavia, New York

In the Matter of: AZIZZADEH, REZA                    A number: A245-616-625

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Respondent's Request for Bond Hearing, it is HEREBY ORDERED that the motion be ☐ **GRANTED** ☐ **DENIED** because:

☐    DHS does not oppose the motion.

☐    The respondent does not oppose this motion.

☐    A response to the motion has not been filed with the court.

☐    Good cause has been established for the motion.

☐    The court agrees with the reasons stated in the opposition to the motion.

☐    The motion is untimely per _____.

☐    Other: _____

_____

Deadlines:

☐    The application(s) for relief must be filed by _____, 2025.

☐    The respondent must comply with DHS biometrics instruction s by

_____, 2025.

_____, 2025

                                        _____
                                        Honorable James M. McCarthy
                                        Immigration Judge

_____
                        Certificate of Service
This document was served by: [ ]   Mail   [ ]   Personal Service
To: [ ] Alien   [ ]   Alien c/o Custodial Officer   [ ]   Alien's Atty/rep   [ ]   DHS
Date: _____, 2025          By Court Staff _____

3

Exh. B1 - Adm.                    17

**AZIZZADEH, REZA**

**A245-616-625**

# PROOF OF SERVICE

On this 18th day of July 2025, I,  Stephen K. Tills, Esq., served a copy of this Respondent's

Request for Bond Hearing  and any attached pages to Immigration & Customs

Enforcement, Office of Chief Counsel at the following address: 4250 Federal Drive,

Batavia, New York 14020 by ecas.

Executed on July 18, 2025.

STEPHEN K. TILLS
Attorney for Respondent
6413 West Quaker Street
Orchard Park, New York 14127
(716) 662-5080

EOIR 5 of 40

Exh. B1 - Adm.

AZIZZADEH, REZA................................................................................................................A245-616-625

# RESPONDENT'S BOND EXHIBITS

### Javad Azizzadeh, Sponsor

1.    Letter of Support.................................................................................................1

2.    I-94 card: ASYLUM STATUS.............................................................................2

3.    New York State Driver License ..........................................................................3

4.    2024 U.S. Individual Income Tax Return with W-2..........................................4-6

5.    Tim Horton's Statement of Earnings.................................................................7

6.    Capital One Mailer showing address..................................................................8

### Peyman Sadri, Sponsor

7.    Letter of Support.................................................................................................9

8.    Certificate of Naturalization.............................................................................10

9.    Walmart Statement of Earnings and Deductions (4).....................................11-14

### Jessica Griffin, Sponsor

10.    Letter of Support.............................................................................................15

11.    Certified Transcript of Birth, State of New York............................................16

12.    New York State Identification Card.................................................................17

13.    2024 W-2..........................................................................................................18

5

AZIZZADEH, REZA...................................................................................................................................A245-616-625

## RESPONDENT'S BOND EXHIBITS

### Kiara Z Morales-Feliciano, Sponsor

14.   Letter of Support...........................................................................................................................19

15.   New York State Learner Permit...............................................................................................20

16.   Tim Hortons Statement of Earnings (4)............................................................................21-24

### Letters of Support

17.   Vive: Jericho Road Community Health Center....................................................................25

18.   Thomas Lynch.....................................................................................................................26-27

19.   Loretta Lynch.....................................................................................................................28-29

20.   Sister Margaret Goram of Sisters of Mercy of Americas....................................................30-31

### Reza Azizzadeh, Applicant

21.   Employment
     a.   Walmart Statement of Earnings and Deductions................................................32-33

EOIR 7 of 40

Exh. B1 - Adm.

AZIZZADEH, REZA                                                                                    A245-616-625

July 11, 2025


U.S. Immigration Court
4250 Federal Drive
Batavia, NY 14020


      **Re:   Reza Azizzadeh**
      **Alien Number: A-245.616.625**
      **Letter in Support of Bond**

Dear Immigration Judge:


    My name is Javad Azizzadeh , and I reside at 3442 Main St Apt C08 in Buffalo, NY 14214. I am a lawful resident, and can attest to the good character of Reza Azizzadeh. I can be reached by telephone at 716-449-7795

I am writing this letter to respectfully request that Reza be released from ICE custody and allowed to remain in the United States while his immigration case is pending.

Reza is a kind, responsible, and hardworking person. He has always shown honesty and integrity in everything he does, He is a peaceful person who shows respect for everyone around him and I have never known him to be involved in any criminal or violent activity.

As his brother, I am committed to supporting Reza in every way necessary. If he is released, I will provide him with a stable place to live and ensure that he attends all hearings scheduled by the Immigration Court.

Thank you for your time and consideration in reviewing this letter.


Javad Azizzadeh


Sworn to before me this
12th day of July, 2025

NOTARY PUBLIC

Michael J Moore

**MICHAEL J. MOORE**
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01MO0033713
My Commission Expires Feb. 10, 2029

Exh. B1 - Adm.

21

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

OMB No. 1651-0111

**USCIS**

**ASYLUM STATUS**
**Granted Indefinitely**
Section 208
Immigration and Nationality Act

**Departure Record**

Admission Number

JUN 16 2025

**889925833 33**

J GRANT

A 220843179

Signature

18 Family Name
**AZIZZADEH**

Officer   Location

VD   BUF

19. First (Given) Name
**JAVAD**

20. Birth Date (DD/MM/YY)
**27-SEP-1991**

21. Country of Citizenship
**IRAN**

CBP Form I-94 (05/08)

See Other Side

**STAPLE HERE**

---

**Warning** A nonimmigrant who accepts unauthorized employment is subject to deportation.
*Important* Retain this permit in your possession; *you must surrender it when you leave the U.S.*
Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date,
without permission from Department of Homeland Security authorities, is a violation of the law.
Surrender this permit when you leave the U.S.:

- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-
Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

**Record of Changes**

**A- A220843179**

**BUF**

**AS1 as of 06-16-2025**

**Departure Record**

**Port:**

**Date:**

**Carrier:**

**Flight No./ Ship Name:**





23

Case 9:25-cv-01288-cases Document Base File #12/02/25 Page 31 of 84

# Form 1040

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**

**2024**

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ____ | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Javad | Azizzadeh | 688 68 2823 |

If joint return, spouse's first name and middle initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign**
3442 Main St | C08 | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
Buffalo | NY | 142141300

Foreign country name | Foreign province/state/county | Foreign postal code

☐ You ☐ Spouse

**Filing Status**
Check only one box.

☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets** At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind Spouse: ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit ☐ / Credit for other dependents ☐ |
| | | | ☐ / ☐ |
| | | | ☐ / ☐ |
| | | | ☐ / ☐ |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 45,464. |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | 45,464. |

Attach Sch. B if required.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |

**Standard Deduction for—**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 45,464. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 45,464. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 14,600. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 14,600. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 30,864. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. | Form **1040** (2024)

Uploaded on: 07/18/2025 at 02:54:07 PM Eastern Daylight Time
Case 1:25-cv-01288-JEB Document 1-3 Filed 12/02/25 Page 32 of 84
AZIZZADEH, REZA
A245-616-625

Form 1040 (2024)                                                                                                    Page **2**

| Tax and Credits | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ [   ] | | 16 | 3,473. |
|---|---|---|---|---|---|
| | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | 3,473. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 3,473. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 3,473. |
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | 2,061. | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 2,061. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | | 26 | |
| | 27 | Earned income credit (EIC) ·No· | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 2,061. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | | 35a | |
| Direct deposit? See instructions. | b | Routing number  X X X X X X X X X    **c** Type: ☐ Checking  ☐ Savings | | | |
| | d | Account number  X X X X X X X X X X X X X X X X X | | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | 1,412. |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ **Yes.** Complete below. | ☒ **No** |
|---|---|---|---|
| | Designee's name | Phone no. | Personal identification number (PIN) [   ] |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Your signature | Date | Your occupation  Restaurant Worker | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) [   ] |
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) [   ] |
| | Phone no.  (716) 449-7795 | Email address | | |

| Paid Preparer Use Only | Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  Self-Prepared | | | Phone no. | |
| | Firm's address | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.     **BAA**  REV 03/29/25 Intuit.cg.cfp.sp     Form **1040** (2024)

## Copy B—To Be Filed With Employee's FEDERAL Tax Return

This information is being furnished to the Internal Revenue Service.

| | | OMB No. 1545-0008 |
|---|---|---|
| a. Employee's social security number 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 | 1. Wages, tips, other compensation 31556.89 | 2. Federal income tax withheld 1806.08 |
| b. Employer ID number (EIN) 65-1201201 | 3. Social security wages 31556.89 | 4. Social security tax withheld 1956.53 |
| d. Control number 2136-6198 | 5. Medicare wages and tips 31556.89 | 6. Medicare tax withheld 457.57 |

c. Employer's name, address, and ZIP code

Ahuja Enterprises Inc
3800 Delaware Ave
Buffalo, NY 14217-1094

e. Employee's name, address, and ZIP code

Javad Azizzadeh
3442 Main Street
Buffalo, NY 14214

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other NYSDI 31.20 NYPFL 109.14 | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| NY | 651201201 | 31556.89 | 1164.54 |

| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name |
|---|---|---|

**Form W-2 Wage and Tax Statement**   **2024**   Department of the Treasury – Internal Revenue Service.

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

| | | OMB No. 1545-0008 |
|---|---|---|
| a. Employee's social security number 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 | 1. Wages, tips, other compensation 31556.89 | 2. Federal income tax withheld 1806.08 |
| b. Employer ID number (EIN) 65-1201201 | 3. Social security wages 31556.89 | 4. Social security tax withheld 1956.53 |
| d. Control number 2136-6198 | 5. Medicare wages and tips 31556.89 | 6. Medicare tax withheld 457.57 |

c. Employer's name, address, and ZIP code

Ahuja Enterprises Inc
3800 Delaware Ave
Buffalo, NY 14217-1094

e. Employee's name, address, and ZIP code

Javad Azizzadeh
3442 Main Street
Buffalo, NY 14214

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other NYSDI 31.20 NYPFL 109.14 | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| NY | 651201201 | 31556.89 | 1164.54 |

| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name |
|---|---|---|

**Form W-2 Wage and Tax Statement**   **2024**   Department of the Treasury – Internal Revenue Service

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| | | OMB No. 1545-0008 |
|---|---|---|
| a. Employee's social security number 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 | 1. Wages, tips, other compensation 31556.89 | 2. Federal income tax withheld 1806.08 |
| b. Employer ID number (EIN) 65-1201201 | 3. Social security wages 31556.89 | 4. Social security tax withheld 1956.53 |
| d. Control number 2136-6198 | 5. Medicare wages and tips 31556.89 | 6. Medicare tax withheld 457.57 |

c. Employer's name, address, and ZIP code

Ahuja Enterprises Inc
3800 Delaware Ave
Buffalo, NY 14217-1094

e. Employee's name, address, and ZIP code

Javad Azizzadeh
3442 Main Street
Buffalo, NY 14214

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other NYSDI 31.20 NYPFL 109.14 | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID number | 16. State wages, tips, | 17. State income tax |
|---|---|---|---|
| NY | 651201201 | 31556.89 | 1164.54 |

| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name |
|---|---|---|

**Form W-2 Wage and Tax Statement**   **2024**   Department of the Treasury – Internal Revenue Service

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

| | | OMB No. 1545-0008 |
|---|---|---|
| a. Employee's social security number 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 | 1. Wages, tips, other compensation 31556.89 | 2. Federal income tax withheld 1806.08 |
| b. Employer ID number (EIN) 65-1201201 | 3. Social security wages 31556.89 | 4. Social security tax withheld 1956.53 |
| d. Control number 2136-6198 | 5. Medicare wages and tips 31556.89 | 6. Medicare tax withheld 457.57 |

c. Employer's name, address, and ZIP code

Ahuja Enterprises Inc
3800 Delaware Ave
Buffalo, NY 14217-1094

e. Employee's name, address, and ZIP code

Javad Azizzadeh
3442 Main Street
Buffalo, NY 14214

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other NYSDI 31.20 NYPFL 109.14 | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID number | 16. State wages, tips, | 17. State income tax |
|---|---|---|---|
| NY | 651201201 | 31556.89 | 1164.54 |

| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name |
|---|---|---|

**Form W-2 Wage and Tax Statement**   **2024**   Department of the Treasury – Internal Revenue Service

AZIZZADEH, REZA  Case 1:25-cv-01286-JLS  Document 5  Filed 12/02/25  A245-616-625

| Statement of Earnings For: | **Javad Azizzadeh** | | | | | | **Tim Horton's** | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 6198 | Location | 28 | Period Begin: | 6/30/2025 | Check Date: | 7/11/2025 | 3800 Delaware Ave | | |
| Clock Number: | Department | 28350 | Period End: | 7/6/2025 | Pay Type: | Hourly | Buffalo, NY 14217-1094 | | |
| Company Id: 2136 | Federal Filing: | Single or | Exemptions: | | Additional Tax: $10.00 | | | | |
| | State Filing: | Married | Exemptions: | | Additional Tax: $10.00 | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | | Check Message | | | |
|---|---|---|---|---|---|---|---|---|
| V1720076 | $0.00 | $676.43 | $533.86 | | | | | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 17.0000  39.79 | 676.43 | 1,033.43 | 17,568.31 | SOC SEC EE | 41.94 | 1,089.24 | | | |
| | | | | | MED EE | 9.81 | 254.74 | | | |
| | | | | | FEDERAL WH | 51.97 | 1,101.00 | | | |
| | | | | | NEW YORK WH | 35.63 | 735.29 | | | |
| | | | | | NEW YORK SDI EE | 0.60 | 16.80 | | | |
| | | | | | NEW YORK PFL | 2.62 | 68.15 | | | |

| Total: | 39.79 | 676.43 | 1,033.43 | 17,568.31 | Total: | 142.57 | 3,265.22 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|

| CURRENT PERIOD LEAVE ACCRUAL | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|
| | | Checking | Account: ####2051 | Deposit Amount: 533.86 |

Tim Horton's
3800 Delaware Ave
Buffalo, NY 14217-1094

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/11/2025 | V1720076 |

| TOTAL NET PAY |
|---|
| ********$533.86 |

6198 28 28350

**Javad Azizzadeh**
3442 Main Street
Buffalo, NY 14214

**NOT NEGOTIABLE**



**Capital One Quicksilver Rewards**
P.O. BOX 85149 • RICHMOND, VA 23295-0001

ELECTRONIC SERVICE REQUESTED

PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
CAPITAL ONE

~~QUICKSILVER IS A CASH-BACK OFFER FOR~~

0077528  003  001  1180
Javad Azizzadeh
3442 Main St.
Apt. C8
Buffalo, NY 14214-1300

ɪ|ₙ||ₗₗₗₗₗ·ₗₗₗₗₗₗₗₗₗₗₗ·ₗₗₗₗₗₗₗₗₗₗₗ·ₗₗₗₗₗₗₗₗₗ·ₗₗ·ₗₗₗₗₗₗₗ

## $300 CASH-BONUS OFFER

—————— AND ——————

## 0% INTRO APR ON PURCHASES
AND BALANCE TRANSFERS
UNTIL OCTOBER 2026

LEARN MORE INSIDE

AZIZZADEH, REZA | A245-616-625 | Master's Dismissal — Document Base File B | 12/02/25 | Page 36 of 84 | A245-616-625

July 12, 2025

U.S. Immigration Court
4250 Federal Drive
Batavia, NY 14020

     **Re:  Reza Azizzadeh**
     **Alien Number: A-245.616.625**
     **Letter of Sponsorship for Bond**

Dear Immigration Judge:

    My name is Peyman Sadri and I reside at 86 Ivyhurst Road in Buffalo, NY 14226. I'm a citizen of the United States, and can attest to the good character of Reza Azizzadeh. I can be reached by telephone at 716-400-5853

I am writing this letter to respectfully request that Reza be released from ICE custody and allowed to remain in the United States while his immigration case is pending.

Reza is a trustworthy, respectful, and dedicated individual. He consistently demonstrates strong moral character, treats others with kindness, and works hard in everything he does. I have always known him to be calm, non-violent, and law-abiding, and I have never seen or heard of him being involved in any criminal or inappropriate behavior.

I am a friend of Reza ,I will support Reza in whatever way is necessary. If Reza is released, I will provide him with whatever is necessary to make sure that he attends all removal hearings as set by the Immigration Court.

Thank you for your time and consideration in reviewing this letter.

                    P.SADRI

Sworn to before me this
__16__ day of July, 2025

NOTARY PUBLIC

             Jesstin M. Kolacz
        Notary Public, State of New York
           Reg. #01KO6441625
         Qualified in Niagara County
      Commission Expires 09/28/20 26

Scanned with
CamScanner



Scanned with
CamScanner

AZIZZADEH, REZA   A245-616-625

# ⋇ Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. Tel:479-273-4000

**Paid To:**
PEYMAN SADRI
86 IVYHURST RD  AMHERST, NY  14226

**Pay Period:** 06/14/2025 - 06/20/2025
**Deposit Date:** 06/26/2025
**Advice #:** 731622120

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 39.50 | $18.4900 | $730.36 | $17,173.28 |
| OVERTIME EARN | | | $0.00 | $223.90 |
| OVERTIME/INCT | | | $0.00 | $0.76 |
| PROT PTO USED | 1.25 | $18.4900 | $23.11 | $514.68 |
| W+ MBR GROSS | | | $0.00 | $83.97 |
| INCTV HRLY | | | $0.00 | $446.52 |
| PTO PAY | | | $0.00 | $676.93 |
| CO STK CONT | | | $0.75 | $9.75 |
| PTO PAYOUT | | | $0.00 | $513.60 |
| WRKDHRS | 39.50 | | | |
| **Total** | | | **$754.22** | **$19,653.14** |

| TAX | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| FEDERAL TAX | | $26.74 | $607.37 |
| NEW YORK | | $23.76 | $633.90 |
| NY STATE FLI | | $2.93 | $76.31 |
| SOCIAL SECURITY | | $45.28 | $1,179.97 |
| MEDICARE | | $10.59 | $275.96 |
| **Total** | | **$109.30** | **$2,773.51** |

| DEDUCTIONS | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| INS MEDICAL * | | $18.05 | $468.04 |
| INS DENTAL * | | $4.15 | $107.89 |
| INS AD&D * | | $0.37 | $9.54 |
| CATCH UP 401K* | | $7.53 | $195.49 |
| 401K * | | $22.60 | $586.47 |
| W+ MBR NET | | $0.00 | $48.88 |
| CO STK CONT | | $0.75 | $9.75 |
| STOCK PURCH | | $5.00 | $65.00 |
| INS VIS * | | $1.38 | $35.87 |
| **Total** | | **$59.83** | **$1,601.68** |

| | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| **Net Pay** | | **$585.09** | **$15,277.95** |

## PAY DISTRIBUTION

### CHECK DEPOSIT

Bank of America, National Association

| xxxxxx5736 | $585.09 |
|---|---|

### CATEGORY

| Pay Category | Hourly |
|---|---|

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 90.26 |
| PROTPTOUSEDYTD | 28.00 |
| PROTECTED PTO | 24.00 |

### FEDERAL TAX WITHHOLDING

| Tax Method | Head of Household |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 3 |
| Additional Withholding | $0.00 |

All Material Wal-Mart Stores Inc. Confidential.
©2025

Exh. B1 – Adm.

EOIR 18 of 40

Scanned with CamScanner

# ❃Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. Tel:479-273-4000

**Paid To:**
PEYMAN SADRI
86 IVYHURST RD  AMHERST, NY  14226

**Pay Period:** 06/21/2025 - 06/27/2025
**Deposit Date:** 07/03/2025
**Advice #:** 732407927

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 36.35 | $18.4900 | $672.11 | $17,845.39 |
| OVERTIME EARN | | | $0.00 | $223.90 |
| OVERTIME/INCT | | | $0.00 | $0.76 |
| PROT PTO USED | 2.00 | $18.4900 | $36.98 | $551.66 |
| W+ MBR GROSS | | | $0.00 | $90.43 |
| INCTV HRLY | | | $0.00 | $446.52 |
| PTO PAY | | | $0.00 | $676.93 |
| CO STK CONT | | | $0.75 | $10.50 |
| PTO PAYOUT | | | $0.00 | $513.60 |
| WRKDHRS | 36.35 | | | |
| **Total** | | | **$709.84** | **$20,369.44** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $22.48 | $631.27 |
| NEW YORK | $21.41 | $656.07 |
| NY STATE FLI | $2.75 | $79.09 |
| SOCIAL SECURITY | $42.53 | $1,222.90 |
| MEDICARE | $9.95 | $286.00 |
| **Total** | **$99.12** | **$2,875.33** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $18.05 | $486.09 |
| INS DENTAL * | $4.15 | $112.04 |
| INS AD&D * | $0.37 | $9.91 |
| CATCH UP 401K* | $7.09 | $202.58 |
| 401K * | $21.27 | $607.74 |
| W+ MBR NET | $0.00 | $52.64 |
| CO STK CONT | $0.75 | $10.50 |
| STOCK PURCH | $5.00 | $70.00 |
| INS VIS * | $1.38 | $37.25 |
| **Total** | **$58.06** | **$1,663.50** |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **Net Pay** | **$552.66** | **$15,830.61** |

**PAY DISTRIBUTION**

**CHECK DEPOSIT**

Bank of America, National Association
xxxxxxx5736                               $552.66

**CATEGORY**

| Pay Category | Hourly |
|---|---|
| **PTO** | **HRS** |
| PTO AVAILABLE | 92.82 |
| PROTPTOUSEDYTD | 30.00 |
| PROTECTED PTO | 23.27 |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Head of Household |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Exemptions | 3 |
| Additional Withholding | $0.00 |

All Material Wal-Mart Stores Inc. Confidential.
©2025

## ☼ Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. Tel:479-273-4000

**Paid To:**
PEYMAN SADRI
86 IVYHURST RD   AMHERST, NY   14226

**Pay Period:** 06/28/2025 - 07/04/2025
**Deposit Date:** 07/10/2025
**Advice #:** 733241618

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 40.00 | $18.4900 | $739.60 | $18,584.99 |
| OVERTIME EARN | 0.36 | $27.7350 | $9.98 | $233.88 |
| OVERTIME/INCT | | | $0.00 | $0.76 |
| PROT PTO USED | | | $0.00 | $551.66 |
| W+ MBR GROSS | | | $0.00 | $90.43 |
| INCTV HRLY | | | $0.00 | $446.52 |
| PTO PAY | | | $0.00 | $676.93 |
| CO STK CONT | | | $0.75 | $11.25 |
| PTO PAYOUT | | | $0.00 | $513.60 |
| WRKDHRS | 40.36 | | | |
| **Total** | | | **$750.33** | **$21,119.77** |

| TAX | | | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| FEDERAL TAX | | | $26.36 | $657.63 |
| NEW YORK | | | $23.55 | $679.62 |
| NY STATE FLI | | | $2.91 | $82.00 |
| SOCIAL SECURITY | | | $45.03 | $1,267.93 |
| MEDICARE | | | $10.53 | $296.53 |
| **Total** | | | **$108.38** | **$2,983.71** |

| DEDUCTIONS | | | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| INS MEDICAL * | | | $18.05 | $504.14 |
| INS DENTAL * | | | $4.15 | $116.19 |
| INS AD&D * | | | $0.37 | $10.28 |
| CATCH UP 401K* | | | $7.50 | $210.08 |
| 401K * | | | $22.49 | $630.23 |
| W+ MBR NET | | | $0.00 | $52.64 |
| CO STK CONT | | | $0.75 | $11.25 |
| STOCK PURCH | | | $5.00 | $75.00 |
| INS VIS * | | | $1.38 | $38.63 |
| **Total** | | | **$59.69** | **$1,723.19** |

| | | | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| **Net Pay** | | | **$582.26** | **$16,412.87** |

**PAY DISTRIBUTION**

**CHECK DEPOSIT**
Bank of America, National Association
xxxxxxx5736                          **$582.26**

**CATEGORY**

| Pay Category | Hourly |
|---|---|
| **PTO** | **HRS** |
| PTO AVAILABLE | 95.52 |
| PROTPTOUSEDYTD | 30.00 |
| PROTECTED PTO | 24.62 |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Head of Household |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Exemptions | 3 |
| Additional Withholding | $0.00 |

All Material Wal-Mart Stores Inc. Confidential.
©2025

Scanned with CamScanner

# ☆ Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. Tel:479-273-4000

**Paid To:**
PEYMAN SADRI
86 IVYHURST RD  AMHERST, NY  14226

**Pay Period:** 07/05/2025 - 07/11/2025
**Deposit Date:** 07/17/2025
**Advice #:** 734030370

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 38.25 | $18.4900 | $707.24 | $19,292.23 |
| OVERTIME EARN | | | $0.00 | $233.88 |
| OVERTIME/INCT | | | $0.00 | $0.76 |
| PROT PTO USED | 1.25 | $18.4900 | $23.11 | $574.78 |
| W+ MBR GROSS | | | $0.00 | $96.89 |
| INCTV HRLY | | | $0.00 | $446.52 |
| PTO PAY | | | $0.00 | $676.93 |
| CO STK CONT | | | $0.75 | $12.00 |
| PTO PAYOUT | | | $0.00 | $513.60 |
| WRKDHRS | 38.25 | | | |
| **Total** | | | **$731.11** | **$21,857.34** |

| TAX | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| FEDERAL TAX | | $24.52 | $683.57 |
| NEW YORK | | $22.54 | $702.92 |
| NY STATE FLI | | $2.84 | $84.87 |
| SOCIAL SECURITY | | $43.85 | $1,312.18 |
| MEDICARE | | $10.26 | $306.88 |
| **Total** | | **$104.01** | **$3,090.42** |

| DEDUCTIONS | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| INS MEDICAL * | | $18.05 | $522.19 |
| INS DENTAL * | | $4.15 | $120.34 |
| INS AD&D * | | $0.37 | $10.65 |
| CATCH UP 401K* | | $7.30 | $217.38 |
| 401K * | | $21.91 | $652.14 |
| W+ MBR NET | | $0.00 | $56.40 |
| CO STK CONT | | $0.75 | $12.00 |
| STOCK PURCH | | $5.00 | $80.00 |
| INS VIS * | | $1.38 | $40.01 |
| **Total** | | **$58.91** | **$1,785.86** |

| | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| **Net Pay** | | **$568.19** | **$16,981.06** |

## PAY DISTRIBUTION

### CHECK DEPOSIT

Bank of America, National Association
xxxxxxx5736                    **$568.19**

**Please Note:** Direct Deposit funds are not available until the Deposit Date listed above on this statement.

### CATEGORY

| Pay Category | Hourly |
|---|---|

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 98.14 |
| PROTPTOUSEDYTD | 31.25 |
| PROTECTED PTO | 24.69 |

### FEDERAL TAX WITHHOLDING

| Tax Method | Head of Household |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 3 |
| Additional Withholding | $0.00 |

All Material Wal-Mart Stores Inc. Confidential.
©2025

Scanned with
**CS** CamScanner

AZIZZADEH, REZA                                                                                          A245-616-625

July 15, 2025


U.S. Immigration Court
4250 Federal Drive
Batavia, NY 14020


>        **Re:    Reza Azizzadeh**
>        **Alien Number:  A-245.616.625**
>        **Letter of Sponsorship for Bond**

Dear Immigration Judge:


My name is Jessica Griffin , and I reside at 358 Newburgh Ave Upper in Buffalo, NY 14215. I'm a citizen of the United States, and can attest to the good character of Reza Azizzadeh. I can be reached by telephone at 716-578-3636

I am writing this letter to respectfully request that Reza be released from ICE custody and allowed to remain in the United States while his immigration case is pending.

Reza is a trustworthy, respectful, and dedicated individual. He consistently demonstrates strong moral character, treats others with kindness, and works hard in everything he does. I have always known him to be calm, non-violent, and law-abiding, and I have never seen or heard of him being involved in any criminal or inappropriate behavior.

I am a friend of Reza ,I will support Reza in whatever way is necessary. If Reza is released, I will provide him with whatever is necessary to make sure that he attends all removal hearings as set by the Immigration Court.


Thank you for your time and consideration in reviewing this letter.

Exh. B1 - Adm.                                            35                                          *15*



# CERTIFIED TRANSCRIPT OF BIRTH
## STATE OF NEW YORK
### DEPARTMENT OF HEALTH

*L3531896*

FULL NAME OF CHILD:  **JESSICA MAE GRIFFIN**

SEX:  **FEMALE**

DATE OF BIRTH:  **06/13/1988**

TIME OF BIRTH: **12:11**  [ ] A.M.  [X] P.M.

PLACE OF BIRTH:  **BUFFALO**  , NEW YORK

MAIDEN NAME OF MOTHER:  **DELANEY A ALEXANDER**

NAME OF FATHER:  **JOSEPH  GRIFFIN**

DATE FILED:  **06/30/1989**

LOCAL REGISTRATION NO.:  **5236**

This is to certify that the information concerning the birth of the above named person is a true and accurate transcription of the information recorded on the original local certificate of birth on file with the local registrar of _____ **Buffalo** _____ New York.
Name of Locality

_Signature of Local Registrar_

Date | **April 21, 2008**

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.
Any Alteration Invalidates This Certificate
See Reverse Side For A List of Security Features Used In This Form

DOH-2073 (0/2002)

VALID DOCUMENT CONTAINS CHAIN LINK WATERMARK - HOLD UP TO LIGHT TO VALIDATE

## Copy B—To Be Filed With Employee's FEDERAL Tax Return

This information is being furnished to the Internal Revenue Service.

| a. Employee's social security number | 1. Wages, tips, other compensation | 2. Federal income tax withheld |
|---|---|---|
| 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 | 26165.90 | 2264.27 |
| b. Employer ID number (EIN) | 3. Social security wages | 4. Social security tax withheld |
| 65-1201201 | 26165.90 | 1622.29 |
| d. Control number | 5. Medicare wages and tips | 6. Medicare tax withheld |
| 2136-2073 | 26165.90 | 379.41 |

c. Employer's name, address, and ZIP code

Ahuja Enterprises Inc
3800 Delaware Ave
Buffalo, NY 14217-1094

e. Employee's name, address, and ZIP code

Jessica Griffin
358 Newburgh Ave
BUFFALO, NY 14215

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other NYSDI 28.91 NYPFL 97.59 | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| | 651201201 | 26165.90 | 915.33 |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

Form W-2 Wage and Tax Statement  2024  Department of the Treasury – Internal Revenue Service

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

| a. Employee's social security number | 1. Wages, tips, other compensation | 2. Federal income tax withheld |
|---|---|---|
| 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 | 26165.90 | 2264.27 |
| b. Employer ID number (EIN) | 3. Social security wages | 4. Social security tax withheld |
| 65-1201201 | 26165.90 | 1622.29 |
| d. Control number | 5. Medicare wages and tips | 6. Medicare tax withheld |
| 2136-2073 | 26165.90 | 379.41 |

c. Employer's name, address, and ZIP code

Ahuja Enterprises Inc
3800 Delaware Ave
Buffalo, NY 14217-1094

e. Employee's name, address, and ZIP code

Jessica Griffin
358 Newburgh Ave
BUFFALO, NY 14215

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other NYSDI 28.91 NYPFL 97.59 | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| NY | 651201201 | 26165.90 | 915.33 |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

Form W-2 Wage and Tax Statement  2024  Department of the Treasury – Internal Revenue Service

---

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| a. Employee's social security number | 1. Wages, tips, other compensation | 2. Federal income tax withheld |
|---|---|---|
| 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 | 26165.90 | 2264.27 |
| b. Employer ID number (EIN) | 3. Social security wages | 4. Social security tax withheld |
| 65-1201201 | 26165.90 | 1622.29 |
| d. Control number | 5. Medicare wages and tips | 6. Medicare tax withheld |
| 2136-2073 | 26165.90 | 379.41 |

c. Employer's name, address, and ZIP code

Ahuja Enterprises Inc
3800 Delaware Ave
Buffalo, NY 14217-1094

e. Employee's name, address, and ZIP code

Jessica Griffin
358 Newburgh Ave
BUFFALO, NY 14215

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other NYSDI 28.91 NYPFL 97.59 | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| NY | 651201201 | 26165.90 | 915.33 |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

Form W-2 Wage and Tax Statement  2024  Department of the Treasury – Internal Revenue Service

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

| a. Employee's social security number | 1. Wages, tips, other compensation | 2. Federal income tax withheld |
|---|---|---|
| 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 | 26165.90 | 2264.27 |
| b. Employer ID number (EIN) | 3. Social security wages | 4. Social security tax withheld |
| 65-1201201 | 26165.90 | 1622.29 |
| d. Control number | 5. Medicare wages and tips | 6. Medicare tax withheld |
| 2136-2073 | 26165.90 | 379.41 |

c. Employer's name, address, and ZIP code

Ahuja Enterprises Inc
3800 Delaware Ave
Buffalo, NY 14217-1094

e. Employee's name, address, and ZIP code

Jessica Griffin
358 Newburgh Ave
BUFFALO, NY 14215

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other NYSDI 28.91 NYPFL 97.59 | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| NY | 651201201 | 26165.90 | 915.33 |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

Form W-2 Wage and Tax Statement  2024  Department of the Treasury – Internal Revenue Service

OMB No. 1545-0008

July 14, 2025


U.S. Immigration Court
4250 Federal Drive
Batavia, NY 14020


    **Re:   Reza Azizzadeh**
    **Alien Number: A-245.616.625**
    **Letter in Support of Bond**

Dear Immigration Judge:

    My name is Kiara Z Morales-Feliciano , and I reside at 75 Reo Ave Apt 2 in Cheektowaga, NY 14211. I'm a citizen of the United States, and can attest to the good character of Reza Azizzadeh. I can be reached by telephone at (716)-292-9496

I am writing this letter to respectfully request that Reza be released from ICE custody and allowed to remain in the United States while his immigration case is pending.

Reza is a trustworthy, respectful, and dedicated individual. He consistently demonstrates strong moral character, treats others with kindness, and works hard in everything he does. I have always known him to be calm, non-violent, and law-abiding, and I have never seen or heard of him being involved in any criminal or inappropriate behavior.

I am a friend of Reza ,I will support Reza in whatever way is necessary. If Reza is released, I will provide him with whatever is necessary to make sure that he attends all removal hearings as set by the Immigration Court.

Thank you for your time and consideration in reviewing this letter.



| Statement of Earnings For: | | **Kiara Z Morales-Feliciano** | | | | | | **Tim Horton's** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: 4154 | | Location | 28 | Period Begin: 6/9/2025 | | Check Date: 6/20/2025 | | 3800 Delaware Ave | | |
| Clock Number: | | Department | 28100 | Period End: 6/15/2025 | | Pay Type: Hourly | | Buffalo, NY 14217-1094 | | |
| Company Id: 2136 | | Federal Filing: | Head of | Exemptions: | | Additional Tax: | | | | |
| | | State Filing: | Single/Head of | Exemptions: 1 | | Additional Tax: | | | | |

| **Voucher Id** | **Check Amount** | **Gross Pay** | **Net Pay** | **Check Message** | | | | |
|---|---|---|---|---|---|---|---|---|
| V1675542 | $0.00 | $336.66 | $301.93 | | | | | |

| **EARNINGS** | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | **TAXES** | | | **DEDUCTIONS** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 15.5000  21.72 | 336.66  548.05 | | 8,481.90 | SOC SEC EE | 20.88 | 525.88 | | | |
| | | | | | MED EE | 4.88 | 122.99 | | | |
| | | | | | NEW YORK WH | 7.06 | 192.81 | | | |
| | | | | | NEW YORK SDI EE | 0.60 | 14.85 | | | |
| | | | | | NEW YORK PFL | 1.31 | 32.92 | | | |

| **Total:** | 21.72 | 336.66  548.05 | 8,481.90 | **Total:** | 34.73 | 889.45 | **Total:** | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

| **CURRENT PERIOD LEAVE ACCRUAL** | | | | **DISTRIBUTION OF NET PAY** | | |
|---|---|---|---|---|---|---|
| | | | Checking | Account: ####2837 | Deposit Amount: | 301.93 |

Tim Horton's
3800 Delaware Ave
Buffalo, NY 14217-1094

| **CHECK DATE** | **VOUCHER ID** |
|---|---|
| 6/20/2025 | V1675542 |

| **TOTAL NET PAY** |
|---|
| ********$301.93 |

4154 28 28100

**Kiara Z Morales-Feliciano**
26 Schiller Street
Buffalo, NY 14206

**NOT NEGOTIABLE**

A7172A 00FT-REZ19-cv-01285-JLS   Document 15   Filed 12/02/25   345-616-625

| Statement of Earnings For: | | **Kiara Z Morales-Feliciano** | | | | | | | **Tim Horton's** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: 4154 | | Location | 28 | Period Begin: 6/16/2025 | | Check Date: | 6/27/2025 | | 3800 Delaware Ave | | |
| Clock Number: | | Department | 28100 | Period End: 6/22/2025 | | Pay Type: | Hourly | | Buffalo, NY 14217-1094 | | |
| Company Id: 2136 | | Federal Filing: | Head of | Exemptions: | | Additional Tax: | | | | | |
| | | State Filing: | Single/Head of | Exemptions: 1 | | Additional Tax: | | | | | |

| **Voucher Id** | **Check Amount** | **Gross Pay** | | **Net Pay** | | **Check Message** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V1688636 | $0.00 | $266.45 | | $240.24 | | | | | | | |

| **EARNINGS** | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | **TAXES** | | | | **DEDUCTIONS** | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | | YTD Dollars | Description | Current | | YTD | Description | Current | YTD |
| Hourly Regular | 15.5000  17.19 | 266.45  565.24 | | 8,748.35 | SOC SEC EE | 16.52 | | 542.40 | | | |
| | | | | | MED EE | 3.86 | | 126.85 | | | |
| | | | | | NEW YORK WH | 4.20 | | 197.01 | | | |
| | | | | | NEW YORK SDI EE | 0.60 | | 15.45 | | | |
| | | | | | NEW YORK PFL | 1.03 | | 33.95 | | | |

| **Total:** | 17.19 | 266.45  565.24 | 8,748.35 | **Total:** | 26.21 | 915.66 | **Total:** | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

| **CURRENT PERIOD LEAVE ACCRUAL** | | **DISTRIBUTION OF NET PAY** | | |
|---|---|---|---|---|
| | | Checking | Account: ####2837 | Deposit Amount: 240.24 |

Tim Horton's
3800 Delaware Ave
Buffalo, NY 14217-1094

| **CHECK DATE** | **VOUCHER ID** |
|---|---|
| 6/27/2025 | V1688636 |

| **TOTAL NET PAY** |
|---|
| ********$240.24 |

4154 28 28100

**Kiara Z Morales-Feliciano**
26 Schiller Street
Buffalo, NY 14206

**NOT NEGOTIABLE**

Uploaded on: 07/18/2025 at 02:34:07 PM Eastern Daylight Time Case File 12/02/25 Page 50 of 84
AZIZZABadir, REZA

| Statement of Earnings For: | Kiara Z Morales-Feliciano | | | | | Tim Horton's | |

| Employee #: 4154 | Location | 28 | Period Begin: 6/23/2025 | Check Date: 7/3/2025 | 3800 Delaware Ave |
| Clock Number: | Department | 28100 | Period End: 6/29/2025 | Pay Type: Hourly | Buffalo, NY 14217-1094 |
| Company Id: 2136 | Federal Filing: | Head of | Exemptions: | Additional Tax: | |
| | State Filing: | Single/Head of | Exemptions: 1 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1705282 | $0.00 | $387.04 | $346.01 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 15.5000  24.97 | 387.04  590.21 | 9,135.39 | SOC SEC EE | 23.99 | 566.39 | | | |
| | | | | MED EE | 5.61 | 132.46 | | | |
| | | | | NEW YORK WH | 9.33 | 206.34 | | | |
| | | | | NEW YORK SDI EE | 0.60 | 16.05 | | | |
| | | | | NEW YORK PFL | 1.50 | 35.45 | | | |

| Total: | 24.97  387.04  590.21 | 9,135.39 | Total: | 41.03 | 956.69 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
| | Checking | Account: ####2837 | Deposit Amount: 346.01 |

Tim Horton's
3800 Delaware Ave
Buffalo, NY 14217-1094

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/3/2025 | V1705282 |

| TOTAL NET PAY |
|---|
| ********$346.01 |

4154 28 28100

**Kiara Z Morales-Feliciano**
26 Schiller Street
Buffalo, NY 14206

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Kiara Z Morales-Feliciano** | | | | **Tim Horton's** | |
|---|---|---|---|---|---|---|

| Employee #: 4154 | Location | 28 | Period Begin: 6/30/2025 | Check Date: 7/11/2025 | 3800 Delaware Ave |
|---|---|---|---|---|---|
| Clock Number: | Department | 28100 | Period End: 7/6/2025 | Pay Type: Hourly | Buffalo, NY 14217-1094 |
| Company Id: 2136 | Federal Filing: | Head of | Exemptions: | Additional Tax: | |
| | State Filing: | Single/Head of | Exemptions: 1 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1720082 | $0.00 | $367.82 | $329.17 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 15.5000  23.73 | 367.82  613.94 | | 9,503.21 | SOC SEC EE | 22.81 | 589.20 | | | |
| | | | | | MED EE | 5.34 | 137.80 | | | |
| | | | | | NEW YORK WH | 8.47 | 214.81 | | | |
| | | | | | NEW YORK SDI EE | 0.60 | 16.65 | | | |
| | | | | | NEW YORK PFL | 1.43 | 36.88 | | | |

| Total: | 23.73 | 367.82  613.94 | 9,503.21 | Total: | 38.65 | 995.34 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking    Account: ####2837    Deposit Amount: 329.17 |

Tim Horton's
3800 Delaware Ave
Buffalo, NY 14217-1094

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/11/2025 | V1720082 |

| TOTAL NET PAY |
|---|
| ********$329.17 |

4154 28 28100
**Kiara Z Morales-Feliciano**
26 Schiller Street
Buffalo, NY 14206

**NOT NEGOTIABLE**

July 14, 2025

Vive: Jericho Road Community Health Center
1500 Main Street
Buffalo NY,14209



Letter Regarding US Asylum Support
Name: Reza Azizzadeh
A# 245 616 625
COUNTRY OF BIRTH: Iran

To Whom This May Concern,

I am the Asylum Seeker Legal Specialist at Vive, a shelter that has specialized in serving asylum
seekers since 1984. Vive provides legal, social, and medical services along with food, clothing,
and shelter. Vive is a program of Jericho Road Community Health Center (JRCHC), a federally
qualified community health center located in Buffalo, NY.

We understand Reza Azizzadeh has requested our services. This letter is to verify that Reza
Azzizadeh resided at Vive since July 23,2024. He was in good standing and great resident during
that time. We will connect them with legal assistance and ensure they are making progress on
their case. We will also work with the local ICE office to assist with any reporting requirements
and make sure they are aware of and prepared for upcoming court dates.

With your permission Reza Azizzadeh is requesting to be released back to Vive in order to
receive our assistance.

If you have any further questions, please contact me at my information below.

Sincerely,

Nuralaion Alhadeethi
Asylum seeker Legal Specialist
Office phone number: 716-892-4354 extension 601
Fax phone number: 716.892.6191
Email is Nuralaion.Alhadeethi@jrchc.org

July 12, 2025

U.S. Immigration Court
4250 Federal Drive
Batavia, NY 14020

> **Re: Reza Azizzadeh**
> **Alien Number: A-245.616.625**
> **Letter in Support of Bond**

Dear Immigration Judge:

My name is Thomas Lynch and I reside at 406 Woodward Avenue in Buffalo. NY. I am a citizen of the United States and can attest to the good character of Reza Azizzadeh. I can be reached by telephone at 716-440-6810

I am writing this letter to request that Reza be released from ICE custody and be allowed to stay in the U.S. during his immigration case.

I am an 83 year old retired teacher. I have lived in our 1914 built house in North Buffalo for 51 years. I have worked on its upkeep for all of those years.

I gave up snow blowing two years ago. This past spring I had to do the usual post winter clean up and realized that I needed some help. I asked Reza whose brother Javad I had met while volunteering at Vive La Casa for 19 years. Reza and his brother worked long hours at Walmart since they had a work permit. His brother Javad worked two jobs and had no time to help.

Reza said he would be happy to help on his day off. He worked very hard during that day and when he had finished I took out my wallet to pay him for the work.

He put his hand on his heart and said to me "I cannot take any money. It was like helping my grandfather to help you".

I thought that I probably would have done the same thing back in the 1950's when life was very different in the United States.

I accepted his response as a random act of kindness.

Reza is a sweet friendly boy who speaks beautiful English.    He does not deserve to be in a detention facility.

Sworn to before me this
_12_ day of July, 2025

NOTARY PUB

KEVIN W. SPITZER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SP4645245
Qualified in Erie County
Commission Expires        April 30, 20___

July 12, 2025

U.S. Immigration Court
4250 Federal Drive
Batavia, NY 14020

> **Re: Reza Azizzadeh**
> **Alien Number: A-245.616.625**
> **Letter in Support of Bond**

Dear Immigration Judge:

My name is Loretta Lynch and I reside at 406 Woodward Avenue in Buffalo. NY. I am a citizen of the United States and can attest to the good character of Reza Azizzadeh.   I can be reached by telephone at 716-698-1637

I am writing this letter to request that Reza be released from ICE custody and be allowed to stay in the U.S. during his immigration case.

I worked as an ESL teacher in the Buffalo Public Schools for 22 years after being a "stay-at-home mom" until our children entered kindergarten. I am now retired and work as a volunteer at the South Buffalo Community Table (a soup kitchen) and at Gerard Place teaching English to refugees.

I met Reza when he came to help with yard work at our house this past spring. My husband is 83 and I have bad knees. Reza worked hard and the yard looked great. In Reza'a beautiful English, he said that it was an honor to do something for us.

When we invited him for dinner last Easter, he thanked me and my sister for helping other refugees learn English at Gerard Place. He talked about how brave the Iranian women were who had such difficulty living under the regime.

Reza is a kind and gentle man. He is so grateful to have an opportunity to make a different life in America. He works hard at Walmart and hopes to be able to practice as a civil engineer again one day.

Reza would make a great citizen in our country because he is  good human being and would contribute so much.

AZIZZADEH, REZA    Case 1:24-cv-01288-JLS   Document 3    Filed 12/02/25    A245-616-625

_Loretta Gamen Lynch_

Sworn to before me this
__5__ day of July, 2025

NOTARY PUB

KEVIN W. SPITLER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SP4645245
Qualified in Erie County
Commission Expires    April 30, 20___



Sisters of Mercy
Hermanas de la Misericordia

July 10, 2025

U.S. Immigration Court
4250 Federal Drive
Batavia, NY 14020

**Re:   Reza Azizzadeh**
**Alien Number:  A-245.616.625**
**Letter in Support of Bond**

Dear Immigration Judge:

My name is Sister Margaret Gorman and I reside at Sisters of Mercy of the Americas, 625 Abbot Road, Buffalo. I am a citizen of the United States and can attest to the good character of Reza Azizzadeh.   I can be reached by telephone at  716-574- 1751.

I am writing this letter to request that Reza be released from ICE custody and be allowed to stay in the U.S. during his immigration case.

My name is Sister Margaret Mary Gorman. I have been a Sister of Mercy for 65 years. During my active years I served as a teacher, a parish pastoral minister, a leader in my religious community, and as Dean of Students and Coordinator of Mission and Service Learning at Trocaire College. I am retired and currently volunteer at Mercy Hospital and at Gerard Place.

I first met Reza Azizzadeh as our family celebrated Easter dinner on April 20, 2025. He was gracious, engaging, thoughtful and full of respect. He was working long hours at Walmart.

I cannot imagine that Reza would be violent or be involved in criminal activity.

I am asking you to have him released from ICE custody so that he can complete his immigration process and continue to contribute to our country.

Clemency in this case would only help to restore confidence in American Justice.

Exh. B1 - Adm.                                                          30



Sisters of Mercy | Hermanas de la Misericordia

I am an acquaintance of Reza and have indicated I will support Reza in whatever way is necessary.   If Reza is released, I will provide him with whatever is necessary to make sure that he attends all removal hearings as set by the Immigration Court.

*Sr. Margaret M. Gorman*

Sworn to before me this
__11__ day of July, 2025

NOTARY PUB

*Sister Virginia Maire, RSM*
*My commission expires 6/30/26*

Sisters of Mercy of the Americas | New York Pennsylvania West
625 Abbott Road, Buffalo, NY 14220-2092  t 716.825.5531  f 716.824.7697  w sistersofmercy.org

57

31





Manager
Daniel Fedt

Location
(USA) NY AMHERST 02210 WM SUPERCENTER

## Job Details

| | |
|---|---|
| Associate ID | 232631358 |
| Supervisory Organization | Walmart Inc. - Doug McMillon) >> (USA; Store 02210 Stocking JM (Daniel Fedt) |
| Job | P_0008637772 (USA) Stocking 1 TA |
| Job Profile | (USA) Stocking 1 TA |
| Job Family | Business Operations |
| Associate Type | Regular/Permanent |
| Management Level | Individual Contributor |
| Time Type | Full time |
| FTE | 100.00% |
| Location | (USA) NY AMHERST 02210 WM SUPERCENTER |
| Work Shift | 1 - Day (United States of America) |
| Hire Date | 09/17/2024 |
| Original Hire Date | 09/17/2024 |
| Continuous Service Date | 09/17/2024 |
| Length of Service | 0 year(s), 9 month(s), 16 day(s) |
| Time in Position | 0 year(s), 9 month(s), 16 day(s) |
| Time in Job Profile | 0 year(s), 9 month(s), 16 day(s) |

# ✷ Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. Tel:479-273-4000

**Paid To:**
REZA AZIZZADEH
3442 MAIN ST C08   BUFFALO, NY  14214

**Pay Period:** 06/14/2025 - 06/20/2025
**Deposit Date:** 06/26/2025
**Advice #:** 731621875

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|----------|-------|------|---------|--------------|
| REGULAR EARNING | 40.00 | $16.5000 | $660.00 | $16,318.91 |
| OVERTIME EARN | 0.25 | $24.7500 | $6.19 | $3,209.89 |
| PROT PTO USED | 1.50 | $16.5000 | $24.75 | $380.27 |
| W+ MBR GROSS | | | $0.00 | $83.96 |
| WRKDHRS | 40.25 | | | |
| **Total** | | | **$690.94** | **$19,993.03** |

| TAX | | CURRENT | YEAR TO DATE |
|-----|---|---------|--------------|
| FEDERAL TAX | | $43.71 | $1,395.93 |
| NEW YORK | | $27.01 | $819.02 |
| NY STATE FLI | | $2.68 | $77.64 |
| SOCIAL SECURITY | | $42.84 | $1,239.57 |
| MEDICARE | | $10.02 | $289.90 |
| **Total** | | **$126.26** | **$3,822.06** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|------------|---------|--------------|
| W+ MBR NET | $0.00 | $48.88 |
| **Total** | **$0.00** | **$48.88** |

| | CURRENT | YEAR TO DATE |
|---|---------|--------------|
| **Net Pay** | **$564.68** | **$16,122.09** |

## PAY DISTRIBUTION

### CHECK DEPOSIT

Bank of America, National Association
xxxxxxx8122                    **$314.68**

### CHECK2 DEPOSIT

Manufacturers and Traders Trust Company
xxxxxxx0557                    **$250.00**

### CATEGORY

| Pay Category | Hourly |
|---|---|
| **PTO** | **HRS** |
| PTO AVAILABLE | 29.65 |
| PROTPTOUSEDYTD | 24.00 |
| PROTECTED PTO | 30.64 |

### FEDERAL TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Claim Dependents | $0.00 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

All Material Wal-Mart Stores Inc. Confidential.
©2025

33

# EXHIBIT E

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

_____

REZA AZIZZADEH,

                                                    DETAINED

Petitioner,

v.                                                   A# 245-616-625

Joseph Freden, Deputy Field Office Director,
Buffalo Federal Detention Facility;
David Kurtzdorfer, in his official capacity as Field Office
Director Buffalo Field Office of Immigration and
Customs Enforcement;
Todd Lyons, Director of ICE;
Pamela Bondi, Attorney General of the United States;     Case No. _____
Kristi Noem, Secretary of Homeland Security;
Respondents.

_____

## PETITIONER'S AFFIRMATION
## IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241

I, Reza Azizzadeh, hereby affirm under penalty of perjury:

1. I am the Petitioner in this action, and I submit this affirmation in support of my Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.

2. I am currently detained by U.S. Immigration and Customs Enforcement ("ICE") at Buffalo Federal Detention Facility, 4250 Federal Dr, Batavia, NY 14020, and have been in continuous detention since June 24, 2025.

3. My continued detention, without a meaningful bond hearing, violates my due process rights under the Fifth Amendment.

4. I was released on my own recognizance for a year and a half.  I retained an attorney, filed an application for asylum withholding and protection under the Convention Against Torture, received work authorization from USCIS and I was awaiting my final trial before the Immigration Court.

5. I was totally confused and stressed by my sudden detention for no apparent reason after DHS had previously released me from custody on my own recognizance.

6. Two years ago DHS made a determination that I am neither a flight risk nor a danger to the community.

7. I have been granted a bond hearing but the Immigration Judge held he had no authority to set bond because DHS stated I was detained pursuant to INA § 235.

8. There has been no determination, under the proper standard, that I pose a flight risk or danger that cannot be mitigated through conditions of release.

9. I am ready and willing to comply with any conditions of supervision that a court or immigration judge deems appropriate (e.g., electronic monitoring, reporting, financial bond).

10. I continue to suffer from the severe hardship of detention, emotional distress, limited access to my attorney, difficulty in obtaining documents due to limitations on communization over seas and financial stress as I must pay for an interpreter and additional legal expenses due to my detention.

11. My release would significantly ameliorate these harms, and there is no adequate remedy at law other than through this habeas petition.

12. I respectfully request that this Court order a bond hearing before a neutral decision maker, where the Government must bear the burden of proving, by clear and convincing evidence, that my continued detention is necessary. I also ask that the decision maker consider my ability to pay in setting any bond.

13. Alternatively, if the Court finds that a hearing is not timely or adequate, I request immediate release from ICE custody.

I make this affirmation freely, based on my own knowledge, and believe all statements herein to be true.  This statement was read aloud to me in Farsi by a telephonic professional interpreter from LanguageLine Solutions before I signed the statement.


WHEREFORE, I respectfully request that this Court grant the relief sought in my Petition for Writ of Habeas Corpus.

Date: 11-22-25
Detention Facility: Buffalo Federal Detention Facility, 4250 Federal Dr, Batavia, NY 14020


Reza Azizzadeh
A#: 245-616-625

# EXHIBIT F

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

_____

REZA AZIZZADEH,

                                             DETAINED

Petitioner,

v.                                             A# 245-616-625

Joseph Freden, Deputy Field Office Director,
Buffalo Federal Detention Facility;
David Kurtzdorfer, in his official capacity as Field Office
Director Buffalo Field Office of Immigration and
Customs Enforcement;
Todd Lyons, Director of ICE;
Pamela Bondi, Attorney General of the United States;     Case No. _____
Kristi Noem, Secretary of Homeland Security;


Respondents.
_____

### ATTORNEY AFFIRMATION
### IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
### AND PETITION FOR WRIT OF HABEAS CORPUS

I, Anne E. Doebler, an attorney duly admitted to practice before this Court, hereby affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I represent Reza Azizzadeh, A# 245-616-625, who is currently detained by Immigration and Customs Enforcement ("ICE") at the Buffalo Federal Detention Facility in Batavia, New York. I represent him on a pro bono basis on this Habeas Corpus petition and on a retained basis for his removal proceedings.

2. I submit this affirmation in support of Petitioner's Motion for a Temporary Restraining Order ("TRO") and accompanying Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

3. On June 24, 2025, ICE officers apprehended Petitioner inside the United States, pursuant to a "traffic stop" in Buffalo, NY, not at a port of entry, border crossing, checkpoint, or other location associated with seeking admission.

4. After arrest inside the United States, DHS served Petitioner with a Notice to Appear initiating INA § 240 (8 U.S.C. § 1229a) removal proceedings on December 17, 2023.

1

5.  Petitioner was not issued a Form I-860, expedited removal order, or other document associated with INA § 235(b)(1) (8 U.S.C. § 1225(b)(1)) processing.

6.  DHS did not assert that Petitioner was an arriving alien at the time of arrest or during initial processing and instead released him pursuant to INA § 236 (8 U.S.C. § 1226) on his own recognizance.

7.  Despite being arrested inside the United States and placed into § 240 proceedings, and released pursuant to INA § 236 (8 U.S.C. § 1226). DHS later designated Petitioner as being detained under INA § 235(b) (8 U.S.C. § 1125(b))

8.  This classification is contrary to:
    A.  The plain text of the INA,
    B.  Longstanding distinctions between INA §§ 235 and 236, (8 U.S.C. §§ 1125(b) and 1226)
    C.  DHS's own regulatory structure, and
    D.  DHS's own prior determination that INA § 236 (8 U.S.C. § 1226) was the statutory release provision.

9.  DHS's designation of INA § 235 (8 U.S.C. § 1125) as the statute under which Petitioner is detained functions to deny Petitioner eligibility for a merits bond hearing, even though INA § 236 (8 U.S.C. § 1226) expressly grants that right.

10. DHS's determination to re-detain Petitioner violated his right to due process, a fundamentally fair procedure, and his right to be free from retroactive application of law that deprived him of his vested right to pursue his asylum claim on the non-detained EOIR docket.

11. Immediate relief is necessary to remedy the harm.

12. Each day Petitioner is detained under the wrong statute, he is deprived of the statutory procedures he is entitled to—namely a custody redetermination before an Immigration Judge under INA § 236 (8 U.S.C. § 1226), and the freedom from detention he previously enjoyed for two years.

13. Courts, including the WDNY, have recognized that unlawful detention constitutes irreparable harm, particularly where the petitioner is being denied a legal right.

14. No factual development is needed to resolve this issue. It is a pure question of statutory misclassification, DHS has not asserted Petitioner violated the conditions of his release on his own recognizance or presents a danger to the community.

15. Petitioner seeks release through this TRO as he asks that he be restored to his previous release on his own recognizance bond status.

16. In the alternative, Petitioner seeks:

   • an order prohibiting DHS from continuing to hold him under INA § 235 (8 U.S.C. § 1125), and
   • an order compelling DHS to classify him under INA § 236 (8 U.S.C. § 1226) and provide a prompt bond hearing where the burden of proof is on DHS to establish he is a danger to the community or a flight risk.
   • an order that DHS not move him out of the Western District of New York.

17. Bond hearings for § INA § 236 (8 U.S.C. § 1226) detainees occur weekly at the Batavia Immigration Court.

18. Granting this TRO imposes no meaningful administrative burden on Respondents.

19. Petitioner exhausted his administrative remedies when he pursued bond and it was denied by the Immigration Judge based on a lack of jurisdiction.  Further exhaustion would be fruitless.

20. Counsel represents Petitioner in this action on a pro bono basis and could not continue to do so if his detention location was moved outside the Western District of New York.  Moving of his detention location would also unnecessarily delay these proceedings.

21. For these reasons, the Court should grant the TRO and require DHS to:

   A. cease detaining Petitioner under INA § 235 (8 U.S.C. § 1125);
   B. classify Petitioner appropriately under INA § 236 (8 U.S.C. § 1226); and
   C. order DHS to restore Petitioner's release on his own recognizance bond status and release the Petitioner, or in the alternative
   D. provide a custody redetermination (bond hearing) before an Immigration Judge within 7 days, where the burden is on DHS to establish Petitioner is a danger to the community or a flight risk;
   E. direct DHS not move Petitioner's detention outside the Western District of New York.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: 12/1/2025
At: Buffalo, NY

/S/ Anne E. Doebler
Anne E. Doebler
Attorney for the Petitioner
Anne E. Doebler, P.C.
14 Lafayette Square. Suite 1800
Buffalo, NY 14203
(716) 898-8568
annedoeblerpc@gmail.com

# EXHIBIT G

**A-Number: 245-616-625, AZIZZADEH, REZA**

## Select a case to view details and file documents

| | | |
|---|---|---|
| **Removal** | Charging Doc. Date: **12/17/2023** | Case Pending |
| **Bond** | Charging Doc. Date: **12/17/2023**<br>Bond Request Date: **11/14/2025** | Case Completed |
| **Bond** | Charging Doc. Date: **12/17/2023**<br>Bond Request Date: **07/18/2025** | Case Completed |

*End of list. Please file a Form EOIR-27 or EOIR-28 using "Appearances" link in the header to view additional cases.*

| | Document | Court | | Date | | Filed By | Status |
|---|---|---|---|---|---|---|---|
| 📁 | CASE Notice | Court | 05/13/2025 | | OCIJ | Accepted |
| 📁 | Order – Initial Schedule (CFM-C4) | Court | 05/13/2025 | | OCIJ | Accepted |
| 📁 | EOIR-28, Notice of Entry of Appearance as an Attorney or Representative before the Immigration Court | Court | 05/07/2025 | | Respondent Rep | Accepted |
| 📁 | CASE Notice | Court | 10/01/2024 | | OCIJ | Accepted |
| 📁 | I-213, Record of Deportable / Inadmissible Alien | Court | 09/26/2024 | | DHS | Accepted |
| 📁 | I-589, Application for Asylum and for Withholding of Removal | Court | 03/01/2024 | | Respondent | Accepted |
| 📁 | CASE Notice | Court | 01/12/2024 | | OCIJ | Accepted |

**Total Count: 31**

« Previous   1   2   **3**   4   Next »

63

# EXHIBIT H

Stephen K. Tills, Esq.
Stephen K. Tills, Attorney at Law
6413 West Quaker Street
Orchard Park, New York 14127-2354
(716) 662-5080

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## U.S. IMMIGRATION COURT
## BUFFALO, NEW YORK

In the matter of:                         )
                                          )
                                          )          File No: A245-616-625
AZIZZADEH, REZA                           )
                                          )
in removal proceedings                    )
                                          )

Immigration Judge: TBA                              Next Hearing: TBA

## RESPONDENT'S WRITTEN PLEADINGS

**United States Department of Justice**
**Executive Office for Immigration Review**
**U.S. Immigration Court**
**Buffalo, New York**

|  |  |  |
|---|---|---|
| **In the matter of:** | ) | |
| | ) | |
| | ) | **File No: A245-616-625** |
| **AZIZZADEH, REZA** | ) | |
| | ) | |
| **in removal proceedings** | ) | |
| | ) | |

## RESPONDENT'S WRITTEN PLEADINGS

On behalf of my client, I make the following representations:

1. The respondent concedes proper service of the Notice to Appear, dated <u>January 12, 2024.</u>

2. I have explained to the respondent (through an interpreter, if necessary):
 a. the rights set forth in 8 C.F.R. ꜱ 1240.10(a);
 b. the consequences of failing to appear in court as set forth in INA ꜱ 240(b)(5);
 c. the limitation on discretionary relief for failure to appear set forth in INA ꜱ 240(b)(7);
 d. the consequences of knowingly filing or making a frivolous application as set forth in INA ꜱ 208(d)(6);
 e. the requirement to notify the court within five days of any change of address or telephone number, using Form EOIR-33/IC pursuant to 8 C.F.R. ꜱ 1003.15(d).

3. The respondent concedes the following allegation(s) <u>Paragraphs 1,3,4</u> and denies the following allegation(s) <u>Paragraph 2. native of **IRAN** not IRAQ.</u>

4. The respondent concedes the following charge(s) of removability <u>Paragraphs 212 (a) (6) (A) (i)</u> and denies the following charge(s) of removability <u>None.</u>

2

EOIR – 2 of 6

Exh. 3 – Adm.

5.    In the event of removal, the respondent;

☐    names _____ as the country to which removal should be
       directed;

**OR**

■    declines to designate a country of removal.

6.    The respondent filed for the following forms of relief from removal:
■    Asylum
■    Withholding of Removal (Restriction on Removal)
■    Convention Against Torture
☐    Adjustment of Status
☐    Cancellation of Removal pursuant to INA § _____
☐    Waiver of Inadmissibility pursuant to INA § _____
☐    Voluntary Departure pursuant to INA § _____
☐    Termination of Proceedings
☐    Other (specify) _____
☐    None

7.    If the Immigration Judge finds that the respondent is removable, the respondent will file
       the applications for relief and supporting documents by the deadline set in the
       Immigration Judge's scheduling order and, if none, no later than thirty (30) days before
       the date of the individual calendar hearing. The respondent acknowledges that, if the
       application(s) are not timely filed, the application(s) will be deemed waived and
       abandoned under 8 C.F.R. § 1003.31(c).

8.    If background and security investigations are required, the respondent has received the
       DHS biometrics instructions and will comply in time with the instructions.  I have
       explained the instructions to the respondent (through an interpreter, if necessary).  In
       addition, I have explained to the respondent (through an interpreter, if necessary), that,
       under 8 C.F.R. § 1003.47(d), failure to provide biometrics or other biological information
       within the time allowed will constitute abandonment of the application unless the
       respondent demonstrates that such failure was the result of good cause.

9.    The respondent estimates that **three (3)** hours will be required for the respondent to
       present the case.

EOIR – 3 of 6

Exh. 3 – Adm.

3

10.   ■    It is requested that the Immigration Court order an interpreter proficient in the_
           Iranian Farsi and Persian language, _____ dialect;

**OR**

      ☐    The respondent speaks English and does not require the services of an interpreter.


Date:   June 11, 2025                            _____
                                                Stephen K. Tills, Esq.
                                                Counsel for respondent
                                                6413 West Quaker Street
                                                Orchard Park, New York 14127
                                                (716) 662-5080

## RESPONDENT'S PLEADING DECLARATION

I, Reza Azizzadeh, have been advised of my rights in these proceedings by my attorney. I understand those rights. I waive a further explanation of those rights by this court.

I have been advised by my attorney of the consequences of failing to appear for a hearing. I have also been advised by my attorney of the consequences of failing to appear for a scheduled date of departure or deportation. I understand those consequences.

I have been advised by my attorney of the consequences of knowingly filing a frivolous asylum application. I understand those consequences.

I have been advised by my attorney of the consequences of failing to follow the DHS biometrics instructions within the time allowed. I understand those consequences.

I understand that if my mailing address changes, I must notify the court within 5 days of such change by completing an Alien's Change of Address Form (Form EOIR-33/IC) and filing it with this court.

Finally, my attorney has explained to me what this Written Pleadings says. I understand it, I agree with it, and I request that the court accept it as my pleading.

Date:    June 9, 2025

Reza Azizzadeh
Respondent

**AZIZZADEH, REZA**

**A245-616-625**

# PROOF OF SERVICE

On this 11th day of June 2025, I, Stephen K. Tills, Esq., served a copy of this

Respondent's Written Pleadings and any attached pages to Immigration & Customs

Enforcement, Office of Chief Counsel at the following address: 250 Delaware Avenue,

Suite 773, Buffalo, New York 14202 by ecas.

Executed on June 11, 2025.

STEPHEN K. TILLS
Attorney for Respondent
6413 West Quaker Street
Orchard Park, New York 14127
(716) 662-5080

# EXHIBIT I



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BATAVIA IMMIGRATION COURT**

Respondent Name:

   AZIZZADEH, REZA

To:

   Doebler, Anne Elizabeth
   14 Lafayette Square
   Suite 1800
   Buffalo, NY 14203

A-Number:
245-616-625
Riders:
In Custody Redetermination Proceedings

Date:
11/18/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
There is no substantial change in circumstances to warrant a new bond hearing. 8 CFR sec. 1003.19(e). The case cited by Respondent (Alvarez Ortiz v. Freden, 25-CV-960-LJV (WDNY Nov. 4, 2025)), has no precedential value beyond being "law of the case" for that discreet matter.

This Court must follow all precedential decisions of the Board. 8 CFR sec. 1003.19(g)(1). Thus, pursuant to Matter of Yajure-Hurtado, 29 I&N Dec. 216 (BIA 2025), the Board has provided that this Court has no authority to hear bond requests or to grant bond to aliens who are present in the United States without admission, such as the Respondent.

Bond is thus denied.

☐ Granted. It is ordered that Respondent be:
   ☐ released from custody on his own recognizance.
   ☐ released from custody under bond of $
   ☐ other:

☐ Other:

72

Immigration Judge: SCHULTZ, ERIC 11/18/2025

Appeal:     Department of Homeland Security: ☐ waived  ☑ reserved
            Respondent:                      ☐ waived  ☑ reserved
Appeal Due: 12/18/2025

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : AZIZZADEH, REZA | A-Number : 245-616-625

Riders:

Date: 11/18/2025 By: Cavar, Sandi, Court Staff

4. Once DHS elects to process a noncitizen through INA § 240, 8 U.S.C. § 1229a proceedings, detention shifts by law to INA § 236(a) (8 U.S.C. § 1226(a)), not 8 U.S.C. § 1225, INA § 235.

5. Detaining a noncitizen under INA § 235(b) (8 U.S.C. § 1125(b)), while simultaneously placing them into INA § 240 (8 U.S.C. § 1229a) removal proceedings is ultra vires and violates the INA and the Due Process Clause.

6. DHS previously released Petitioner under INA § 236 (8 U.S.C. § 1226) on his own recognizance and provided Petitioner no explanation for his re-detention almost two years later.

7. Petitioner seeks a writ directing Respondents to:

   a. recognize Petitioner's detention as governed by INA § 236(a) (8 U.S.C. § 1226(a));

   b. Restore Petitioner's release on his own recognizance status which DHS determined was appropriate in 2023, as DHS has not argued Petitioner is a flight risk or danger to the community based on any events after his release from DHS custody in 2023; OR

   c. provide an immediate custody redetermination hearing under INA § 236(a) (8 U.S.C. § 1226(a)) where the burden is on DHS to establish Petitioner is now a danger to the community or a flight risk.

JURISDICTION & VENUE

8. Jurisdiction exists under 28 U.S.C. §§ 1331 & 2241(c)(3).  Petitioner is detained by DHS.

9. Venue is proper because Petitioner is detained in the Western District of New York in the Buffalo Federal Detention Facility, 4250 Federal Dr, Batavia, NY 14020.

PARTIES

10. Petitioner is a noncitizen detained at the Buffalo Federal Detention Facility in Batavia, New York.  His residence address before detention was 3442 Main St. Apt. C8, Buffalo, NY 14202.

11. Respondent Kurzdorfer is Acting Field Office Director, ICE Buffalo Field Office

12. Respondent Freden is the Deputy Field Office Director of the Buffalo Federal Detention Facility.

13. Respondent Lyons is the Acting Director U.S. Immigrations and Customs Enforcement

14. Respondent Noems is the U.S. Secretary of Homeland Security

15. Respondent Bondi is the Attorney General of the United States

FACTUAL BACKGROUND

16. Petitioner was initially encountered by DHS on December 16, 2023 and released pursuant to INA § 236(a) on December 17, 2023.

17. DHS issued a Notice to Appear (NTA) under INA § 239 (8 U.S.C. § 1229), charging removability, initiating removal proceedings under INA § 240 (8 U.S.C. § 1229a) on December 17, 2023.

18. DHS subsequently filed the NTA with the immigration court, placing Petitioner into INA § 240 (8 U.S.C. § 1229a) removal proceedings on January 11, 2024.

19. DHS released Petitioner on a release on his own recognizant under INA § 236 (8 U.S.C. § 1226) on December 17, 2023. (Exhibit C)

20. DHS re-detained Petitioner for no apparent reason on June 24, 2025. Now DHS asserts that Petitioner is detained under INA § 235(b) (8 U.S.C. § 1125(b)) — mandatory detention.

21. The Immigration Court determined it lacked jurisdiction over a bond redetermination request because Petitioner is detained under INA § 235 (8 U.S.C. § 1225) (Exhibit I).

LEGAL ARGUMENT

22. DHS is detaining Petitioner under the wrong statute and in violation of his right to due process and a fundamentally fair procedure.

23. INA § 235(b) (8 U.S.C. § 1125(b)) applies only to individuals being processed for expedited removal or credible fear proceedings to determine if they have a viable asylum claim. These individuals have recently entered without inspection or presented themselves at a port of entry without a visa allowing admission to the United States.

24. INA § 236(a) (8 U.S.C. § 1226(a)) applies to all noncitizens in INA § 240 (8 U.S.C. § 1229a) removal proceedings unless they fall into the narrow mandatory-detention category in INA § 236(c) (8 U.S.C. § 1226(c)), relating to individuals with certain criminal convictions or others who pose security threats.

3

25. Once DHS issues an NTA under INA § 239 (8 U.S.C. § 1229a) or otherwise initiates INA § 240 (8 U.S.C. § 1229a) proceedings, the statutory basis for detention changes from INA § 235 (8 U.S.C. § 1225) to INA § 236 (8 U.S.C. § 1226).

26. DHS cannot lawfully "hold" someone under INA § 235(b) (8 U.S.C. § 1125(b)) after choosing to prosecute them under INA § 240 (8 U.S.C. § 1229a) as INA § 235(b) (8 U.S.C. § 1125(b)) is no longer applicable because DHS has either waived or completed the expedited removal asylum screening process.

27. DHS cannot mix statutory regimes if DHS places a person into INA § 240 (8 U.S.C. § 1229a) proceedings, detention must be governed by INA § 236 (8 U.S.C. § 1226), not INA § 235(b) (8 U.S.C. § 1125(b)).

28. ICE cannot use INA § 235(b) (8 U.S.C. § 1125(b)) to deny immigration judge jurisdiction over custody determination or release on his own recognizance determination once DHS has initiated INA § 240 (8 U.S.C. § 1229a) proceedings.

29. Petitioner did not violate the terms of his INA § 236(a) (8 U.S.C. § 1226(a)) and there was no lawful basis to re-detain Petitioner.  Applying any change in the law argument to Petitioner to justify his detention would be unlawfully retroactive as he had a vested interest in pursuing his asylum claim on the EOIR non-detained docket and not being re-detained.

30. DHS's misclassification is ultra vires and violates the INA.

31. The INA contains no provision permitting DHS to choose INA § 235(b) (8 U.S.C. § 1125(b)) detention when DHS has already placed the noncitizen into INA § 240 (8 U.S.C. § 1229a) proceedings. DHS cannot create a hybrid "INA § 235(b) (8 U.S.C. § 1125(b))-while-in-I INA § 240 (8 U.S.C. § 1229a) removal proceedings" category not provided by statute and assert it is lawful.

32. Under INA § 236(a) (8 U.S.C. § 1226(a)), a noncitizen is entitled to a custody redetermination hearing before an immigration judge.

33. DHS's use of INA § 235(b) (8 U.S.C. § 1125(b)) to block a merits bond hearing — despite Petitioner being in INA § 240 (8 U.S.C. § 1229a) proceedings — deprives Petitioner of liberty without statutory or constitutional authority.

34. This is arbitrary and unlawful, violating: the Fifth Amendment's Due Process Clause, the INA's structure, and separation-of-powers principles with the agency acting without authority granted by Congress on the basis of a "Presidential Proclamation".

35. DHS placed Petitioner into INA § 240 (8 U.S.C. § 1229a) removal proceedings by issuing and filing an NTA.  DHS waived the INA § 235 (8 U.S.C. § 1225) credible fear screening and associated mandatory detention.

36. DHS is therefore required to treat Petitioner's detention as governed by INA § 236(a) (8 U.S.C. § 1226(a)).

37. DHS nevertheless claims INA § 235(b) (8 U.S.C. § 1125(b)) detention to deny bond eligibility and to argue the Immigration Judge has no jurisdiction based on the DHS assertion that Petitioner is detained pursuant to INA § 235(b) (8 U.S.C. § 1125(b)).  The Immigration Judge found he had no jurisdiction over Petitioner's bond re-determination request. (Exhibit I)


REQUEST FOR RELIEF


Petitioner respectfully requests that this Court:

A. Declare that Petitioner is detained under INA § 236(a) (8 U.S.C. § 1226(a));
B. Hold that DHS's reliance on INA § 235(b) (8 U.S.C. § 1125(b)) is ultra vires and unlawful;
C. Order Petitioner's prior INA § 236 bond to be restored and Petitioner released from custody;
D. Order Respondents to provide Petitioner with an immediate custody redetermination hearing under INA § 236(a) (8 U.S.C. § 1226(a));
E. Grant any further relief the Court deems just and proper.


VERIFICATION


I verify under penalty of perjury that the foregoing is true and correct.


Date:12/1/2025

/S/ Anne E. Doebler
Anne E. Doebler
Anne E. Doebler, P.C.
14 Lafayette Square. Suite 1800
Buffalo, NY 14203
(716) 898-8568
annedoeblerpc@gmail.com